PROB 22
Rev. 01/24)

| TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)*<br>0205 3:18CR00048-003<br><br>DOCKET NUMBER *(Rec. Court)* |
|---|---|

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br><br>Maria Matthews<br><br>FILED BY ___TM___ D.C.<br>Jun 16, 2025<br>ANGELA E. NOBLE<br>CLERK U.S. DIST. CT.<br>S. D. OF FLA. - WPB | DISTRICT<br>CONNECTICUT | DIVISION<br>25tp80019 Middlebrooks |
|---|---|---|

| | NAME OF SENTENCING JUDGE<br>Honorable Victor A. Bolden |
|---|---|

| DATES OF PROBATION/<br>SUPERVISED RELEASE: | FROM<br>06/05/2025 | TO<br>06/04/2026 |
|---|---|---|

OFFENSE
Tax Evasion, in violation of 26 U.S.C. § 7201, and 18 U.S.C. §2

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Permanent residence in Florida.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE          DISTRICT OF Connecticut

        IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

June 6, 2025
*Date*

Victor Bolden      Digitally signed by Victor Bolden
                   Date: 2025.06.06 10:14:30 -04'00'
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE          Southern          DISTRICT OF Florida

        IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6/12/2025
*Effective Date*

*United States District Judge*

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

### District of Connecticut

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>MARIA MATTHEWS | **JUDGMENT IN A CRIMINAL CASE**<br><br>Case Number:  3:18-cr-00048-VAB-3<br>USM Number:  25986-014<br><br>Brian E. Spears<br>Defendant's Attorney |

## THE DEFENDANT:

☑ pleaded guilty to count(s)  21s of the Superseding Indictment

☐ pleaded nolo contendere to count(s)
  which was accepted by the court.

☐ was found guilty on count(s)
  after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 26 U.S.C. §7201, and<br>18 U.S.C. §2 | Tax Evasion | 11/1/2014 | 21s |

The defendant is sentenced as provided in pages 2 through ___6___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

6/5/2025
Date of Imposition of Judgment

**Victor Bolden**  Digitally signed by Victor Bolden
Date: 2025.06.05 15:38:31 -04'00'
Signature of Judge

Victor A. Bolden, U.S. District Judge
Name and Title of Judge

6/5/2025
Date

AO 245B (Rev 09/19) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page ___2___ of ___6___

DEFENDANT:   MARIA MATTHEWS
CASE NUMBER:   3:18-cr-00048-VAB-3

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
Time Served

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____   ☐ a.m.   ☐ p.m.   on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
                Sheet 3 — Supervised Release

Judgment—Page __3__ of __6__

DEFENDANT:   MARIA MATTHEWS
CASE NUMBER:  3:18-cr-00048-VAB-3

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

One year.  The Court orders the defendant's supervised release to be transferred to the Southern District of Florida.

# MANDATORY CONDITIONS

1.   You must not commit another federal, state or local crime.
2.   You must not unlawfully possess a controlled substance.
3.   You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
      ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4.   ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5.   ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6.   ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7.   ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 3A — Supervised Release

| | Judgment—Page | 4 | of | 6 |

DEFENDANT:   MARIA MATTHEWS
CASE NUMBER:   3:18-cr-00048-VAB-3

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.  You must answer truthfully the questions asked by your probation officer.
4.  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
5.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
6.  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
7.  You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
8.  You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
9.  You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
10. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____      Date   6/9/25

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 3D — Supervised Release

Judgment—Page   5   of   6

DEFENDANT:   MARIA MATTHEWS
CASE NUMBER:   3:18-cr-00048-VAB-3

## SPECIAL CONDITIONS OF SUPERVISION

1. You must not incur new credit card charges above $500 or open additional lines of credit without the approval of the probation officer. You must not add any new names to any lines of credit, and you must not be added as a secondary card holder on another's line of credit.

2. You must provide the probation officer access to any requested financial information and authorize the release of any financial information. The Probation Office may share financial information with the U.S. Attorney's Office.

3. You must cooperate with the Internal Revenue Service to pay all outstanding taxes, interest and penalties. The defendant shall file lawful and timely tax returns and provide copies to the Probation Office.

4. You shall not incur new credit card charges above $500 or open additional lines of credit without the prior permission of the probation officer until the criminal debt obligation is paid. You shall not add any new names to any lines of credit, shall not be added as a secondary card holder on another's line of credit, and shall provide the probation officer with electronic access to any online management of any lines of credit, including lines of credit for businesses/LLCs that are owned, operated or otherwise associated with a defendant.

5. You must not encumber personal homes or investment properties without permission of the Court and shall not transfer, sell, give away, barter, or dissipate in anyway any assets, including personal property (ie: motor vehicles, recreational vehicles) without the express permission of the probation officer and notification to the Court.

6. If restitution is imposed, you must pay in a lump sum immediately. If you are unable to pay the full balance in a lump sum, any remaining balance is payable at a rate of not less than $300 per month or 10% of your gross monthly income, whichever is greater. The monthly payment schedule may be adjusted based on your ability to pay as determined by the probation officer and approved by the Court.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page __6__ of __6__

DEFENDANT: MARIA MATTHEWS
CASE NUMBER: 3:18-cr-00048-VAB-3

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $ 100.00 | $ | $ 6,000.00 | $ | $ |

☑ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

| **TOTALS** | $ 0.00 | $ 0.00 | |

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

   ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

Query    Reports    Utilities    Help    What's New    Log Out

CLOSED,EFILE

# U.S. District Court
## District of Connecticut (New Haven)
## CRIMINAL DOCKET FOR CASE #: 3:18-cr-00048-VAB All Defendants

Case title: USA v. Matthews et al

Date Filed: 03/14/2018

Date Terminated: 06/05/2025

Assigned to: Judge Victor A. Bolden

**Defendant (1)**

**Robert V. Matthews**
*TERMINATED: 08/03/2023*

represented by **David A. Ring**
Wiggin and Dana LLP
265 Church St
New Haven, CT 06510
203-498-4377
Email: dring@wiggin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Paul Aaron Tuchmann**
Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06510
203-498-4336
Fax: 203-498-4336
Email: ptuchmann@wiggin.com
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

ATTEMPT AND CONSPIRACY TO
COMMIT MAIL FRAUD (Conspiracy to
Commit Wire Fraud and Bank Fraud)
(10s)

ENGAGING IN MONETARY
TRANSACTIONS (Illegal Monetary
Transactions Using Wire Fraud Proceeds)

**Disposition**

Defendant is hereby committed to the
custody of the Federal Bureau of Prisons to
be imprisoned for a total of 65 months;
supervised release for a total term of 3
years; and a special assessment of $100.00
shall be paid immediately

Defendant is hereby committed to the
custody of the Federal Bureau of Prisons to
be imprisoned for a total of 65 months;

| | |
|---|---|
| (12s) | supervised release for a total term of 3 years; and a special assessment of $100.00 shall be paid immediately |
| ATTEMPT TO EVADE OR DEFEAT TAX (Tax Evasion) (21s) | Defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total of 40 months; supervised release for a total term of 3 years; and a special assessment of $100.00 shall be paid immediately |

## Highest Offense Level (Opening)

Felony

| Terminated Counts | Disposition |
|---|---|
| FRAUD BY WIRE, RADIO, OR TELEVISION (Wire Fraud) (1-8) | Dismissed on oral motion by the government |
| FRAUD BY WIRE, RADIO, OR TELEVISION (Wire Fraud) (1s-8s) | Dismissed on oral motion by the government |
| BANK FRAUD (9) | Dismissed on oral motion by the government |
| BANK FRAUD (9s) | Dismissed on oral motion by the government |
| ATTEMPT AND CONSPIRACY TO COMMIT MAIL FRAUD (Conspiracy to Commit Wire Fraud and Bank Fraud) (10) | Dismissed on oral motion by the government |
| BANK FRAUD (Illegal Monetary Transactions Using Wire Fraud Proceeds) (11-20) | Dismissed on oral motion by the government |
| ENGAGING IN MONETARY TRANSACTIONS (Illegal Monetary Transactions Using Wire Fraud Proceeds) (11s) | Dismissed on oral motion by the government |
| ENGAGING IN MONETARY TRANSACTIONS (Illegal Monetary Transactions Using Wire Fraud Proceeds) (13s-16s) | Dismissed on oral motion by the government |
| ENGAGING IN MONETARY TRANSACTIONS (Illegal Monetary Transactions Using Bank Fraud Proceeds) (17s-20s) | Dismissed on oral motion by the government |

## Highest Offense Level (Terminated)

Felony

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

Assigned to: Judge Victor A. Bolden

**Defendant (2)**

| **Leslie R. Evans**<br>*TERMINATED: 04/19/2023* | represented by | **Neil Taylor**<br>Law Office of Neil Taylor<br>201 Alhambra Circle<br>Suite 1050<br>Coral Gables, FL 33134<br>305-858-2233<br>Fax: 305-285-5124<br>Email: ngt@bellsouth.net<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Cristina Laramee Souto**<br>Bozorgi Law<br>201 Alhambra Circle<br>Suite 1050<br>Miami, FL 33134<br>305-577-9711<br>Email: claramee@bozorgilaw.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Daniel E. Wenner**<br>United Technologies Corporation<br>10 Farm SpringsRoad<br>Farmington, CT 06032<br>860-805-4752<br>Email: dwenner@daypitney.com<br>*TERMINATED: 05/01/2019*<br>*ATTORNEY TO BE NOTICED*<br><br>**John R. Gulash , Jr.**<br>Gulash & Associates LLC<br>265 Golden Hill Street, PO Box 999<br>Bridgeport, CT 06604<br>203-870-9944<br>Fax: 203-870-9838<br>Email: JRGulash@gulashlaw.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael Grudberg**<br>Tarter Krinsky Drogin, LLP<br>1350 Broadway |

Ste 11th Floor
New York, NY 10018
212-216-8035
Fax: 212-216-8001
Email: mgrudberg@tarterkrinsky.com
*TERMINATED: 06/26/2020*
*ATTORNEY TO BE NOTICED*

**Stanley A. Twardy , Jr.**
Day Pitney LLP-Stmfd
One Canterbury Green
201 Broad Street
Stamford, CT 06901
203-977-7300
Fax: 203-977-7301
Email: satwardy@daypitney.com
*TERMINATED: 05/01/2019*
*ATTORNEY TO BE NOTICED*

**Susan Van Dusen**
Law Offices of Susan W. Van Dusen
396 Alhambra Circle
Suite 202
Coral Gables, FL 33134
305-577-9711
Email: svandusenlaw@aol.com
*ATTORNEY TO BE NOTICED*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| FRAUD BY WIRE, RADIO, OR TELEVISION (Wire Fraud) (1-8) | Dismissed on motion by the government |
| FRAUD BY WIRE, RADIO, OR TELEVISION (Wire Fraud) (1s-8s) | Dismissed on motion by the government |
| BANK FRAUD (9) | Dismissed on motion by the government |
| BANK FRAUD (9s) | Dismissed on motion by the government |
| ATTEMPT AND CONSPIRACY TO COMMIT MAIL FRAUD (Conspiracy to | Dismissed on motion by the government |

| | |
|---|---|
| Commit Wire Fraud and Bank Fraud) (10) | |
| ATTEMPT AND CONSPIRACY TO COMMIT MAIL FRAUD (Conspiracy to Commit Wire Fraud and Bank Fraud) (10s) | Dismissed on motion by the government |
| BANK FRAUD (Illegal Monetary Transactions Using Wire Fraud Proceeds) (12) | Dismissed on motion by the government |
| ENGAGING IN MONETARY TRANSACTIONS (Illegal Monetary Transactions Using Wire Fraud Proceeds) (12s) | Dismissed on motion by the government |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

Assigned to: Judge Victor A. Bolden

**Defendant (3)**

| | | |
|---|---|---|
| **Maria Matthews** *TERMINATED: 06/05/2025* *also known as* Mia Matthews *TERMINATED: 06/05/2025* | represented by | **Brian E. Spears** Spears Manning & Martini LLC 2425 Post Road Suite 203 Southport, CT 06890 203-292-9766 Email: bspears@spearsmanning.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* *Designation: Retained* |
| | | **Leslie A. Cahill** Spears Manning & Martini LLC 2425 Post Road Suite 203 Southport, CT 06890 203-292-9766 Email: lcahill@spearsmanning.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Marc L. Mukasey** Mukasey Young LLP 570 Lexington Avenue |

Suite 3500
New York, NY 10022
212-466-6400
Email: marc.mukasey@mukaseylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Janna Douville Eastwood**
Cohen & Wolf, P.C.
1115 Broad Street
Bridgeport, CT 06604
203-268-0211
Fax: 203-337-5532
Email: jeastwood@cohenandwolf.com
*TERMINATED: 03/28/2025*
*ATTORNEY TO BE NOTICED*

**Michael F. Westfal**
Mukasey Young LLP
570 Lexington Avenue
Suite 3500
New York, NY 10022
212-466-6400
Email: michael.westfal@mukaseylaw.com
*ATTORNEY TO BE NOTICED*

**Torrey Kaufman Young**
Mukasey Young LLP
570 Lexington Avenue
Suite 3500
New York, NY 10022
212-466-6409
Email: torrey.young@mukaseylaw.com
*ATTORNEY TO BE NOTICED*

| Pending Counts | Disposition |
| --- | --- |
| ATTEMPT TO EVADE OR DEFEAT TAX (Tax Evasion) (21) | Defendant is hereby sentenced to time served with one year of supervised release. The special assessment of $100.00 shall be paid immediately; a fine of $6,000.00 is imposed. |

**Highest Offense Level (Opening)**

Felony

| Terminated Counts | Disposition |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

**Complaints**                                      **Disposition**

None

---

**Movant**

**David Derrico**                     represented by   **David Derrico**
*TERMINATED: 08/03/2023*                              5163 Deerhurst Crescent Cir.
                                                      Boca Raton, FL 33486
                                                      PRO SE

---

**Plaintiff**

**USA**                               represented by   **David E. Novick**
                                                      U.S. Attorney's Office-NH
                                                      157 Church St., 25th Floor
                                                      New Haven, CT 06510
                                                      203-821-3700
                                                      Fax: 203-821-3829
                                                      Email: david.novick@usdoj.gov
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Designation: Retained*

                                                      **John Trowbridge Pierpont**
                                                      US Attorney's Office - CT
                                                      157 Church Street, 25th Floor
                                                      New Haven, CT 06510
                                                      203-821-3735
                                                      Email: john.pierpont@usdoj.gov
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Designation: Retained*

                                                      **Michael J. Gustafson**
                                                      Michael Gustafson
                                                      121 Elm Street
                                                      New Haven, CT 06510
                                                      203-503-6800
                                                      Email: mgustafson165@gmail.com
                                                      *TERMINATED: 10/05/2022*
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Designation: Retained*

**Michael S. McGarry**
U.S. Attorney's Office-NH
157 Church St., 25th Floor
New Haven, CT 06510
203-821-3751
Fax: 203-773-5378
Email: michael.mcgarry@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Susan Wines**
U.S. Attorney's Office-NH
157 Church St., 25th Floor
New Haven, CT 06510
203-821-3700
Fax: 203-821-3829
Email: Susan.Wines@usdoj.gov
*TERMINATED: 04/27/2021*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/14/2018 | 1 | SEALED INDICTMENT returned before Judge Sarah A. L. Merriam with the signature of the foreperson redacted. Grand jury number N-16-2 Warrants to issue as to Robert V. Matthews (1) count(s) 1-8, 9, 10, 11-20, Leslie R. Evans (2) count(s) 1-8, 9, 10, 12. (Caffrey, A.) Modified to correct text on 4/17/2018 (Caffrey, A.). (Entered: 03/14/2018) |
| 03/14/2018 | 2 | Unredacted document with FOREPERSON'S SIGNATURE as to defendant(s)Robert V. Matthews, Leslie R. Evans. Access to the pdf document is restricted pursuant to Federal Rule of Criminal Procedure 49.1(e). (Caffrey, A.) (Entered: 03/14/2018) |
| 03/14/2018 | 3 | Arrest Warrant Issued as to Robert V. Matthews. (Caffrey, A.) (Entered: 03/14/2018) |
| 03/14/2018 | 4 | Arrest Warrant Issued as to Leslie R. Evans. (Caffrey, A.) (Entered: 03/14/2018) |
| 03/15/2018 | 5 | MOTION to Unseal The Indictment by USA as to Robert V. Matthews, Leslie R. Evans. (Jaiman, R.) (Entered: 03/15/2018) |
| 03/15/2018 | 6 | ORDER granting 5 Motion to Unseal Case as to Robert V. Matthews (1), Leslie R. Evans (2). Signed by Judge Stefan R. Underhill on 3/15/2018. (Jaiman, R.) (Entered: 03/15/2018) |
| 03/15/2018 | | CASE UNSEALED as to Robert V. Matthews, Leslie R. Evans (Jaiman, R.) (Entered: 03/15/2018) |
| 03/15/2018 | 7 | INDICTMENT UNSEALED as to Robert V. Matthews, Leslie R. Evans (Jaiman, R.) (Entered: 03/15/2018) |
| 03/15/2018 | 8 | ELECTRONIC FILING ORDER as to Robert V. Matthews, Leslie R. Evans - PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER<br>Signed by Judge Stefan R. Underhill on 3/15/2018. (Jaiman, R.) (Entered: 03/15/2018) |

| | | |
|---|---|---|
| 03/15/2018 | | Arrest of Leslie R. Evans in Southern District of Florida. (Oliver, T.) (Entered: 03/20/2018) |
| 03/15/2018 | | Arrest of Robert V. Matthews in Southern District of Florida (West Palm Beach). (Fazekas, J.) (Entered: 03/29/2018) |
| 03/20/2018 | 9 | Rule 5 Documents Received as to Leslie R. Evans (Oliver, T.) (Additional attachment(s) added on 3/22/2018: # 1 REPLACEMENT PDF) (Oliver, T.). (Entered: 03/20/2018) |
| 03/21/2018 | 10 | NOTICE *of Related Case* by USA as to Robert V. Matthews, Leslie R. Evans (Pierpont, John) (Entered: 03/21/2018) |
| 03/22/2018 | 11 | Docket Entry Correction as to Leslie R. Evans re 9 Rule 5 Documents Received MODIFIED TO ADD REPLACEMENT PDF TO THE DOCKET ENTRY (Oliver, T.) (Entered: 03/22/2018) |
| 03/23/2018 | 12 | ORDER OF TRANSFER in case as to Robert V. Matthews, Leslie R. Evans Case reassigned to Judge Victor A. Bolden for all further proceedings<br>Signed by Judge Stefan R. Underhill on 3/23/2018. (Jaiman, R.) (Entered: 03/23/2018) |
| 03/26/2018 | 13 | Rule 5 Documents Received as to Robert V. Matthews (Fazekas, J.) (Entered: 03/29/2018) |
| 04/02/2018 | 14 | USM Return of Service on Arrest Warrant executed as to Leslie R. Evans on 3/15/2018 (Potter, A.) (Entered: 04/02/2018) |
| 04/02/2018 | 15 | USM Return of Service on Arrest Warrant executed as to Robert V. Matthews on 03/15/2018 (Peterson, M) (Entered: 04/03/2018) |
| 04/13/2018 | 16 | ATTORNEY APPEARANCE: Daniel E. Wenner appearing for Leslie R. Evans (Wenner, Daniel) (Entered: 04/13/2018) |
| 04/16/2018 | 17 | ATTORNEY APPEARANCE: Stanley A. Twardy, Jr appearing for Leslie R. Evans (Twardy, Stanley) (Entered: 04/16/2018) |
| 04/17/2018 | 18 | Minute Entry for proceedings held before Judge Victor A. Bolden:Arraignment and Bond Hearing as to Robert V. Matthews (1) held on 4/17/2018, Not Guilty Plea entered by Robert V. Matthews (1) as to Counts 1-8,9,10,11-20. Conditions of bond modified. ( Continued Bond Hearing set for 5/30/2018 11:00 AM in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden); Jury Selection set for 6/4/2018 09:00 AM in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden Total time: 54 minutes(Court Reporter S. Montini.) (Perez, J.) (Entered: 04/19/2018) |
| 04/17/2018 | 19 | ORAL MOTION to Modify Conditions of Release by Leslie R. Evans. (Gould, K.) (Entered: 04/19/2018) |
| 04/17/2018 | 20 | Minute Entry for proceedings held before Judge Holly B. Fitzsimmons: granting 19 ORAL Motion to Modify Conditions of Release as to Leslie R. Evans (2); Arraignment as to Leslie R. Evans (2) Count 1-8,9,10,12 held on 4/17/2018; Plea entered by Leslie R. Evans (2) Count 1-8,9,10,12. by Leslie R. Evans Not Guilty on counts 1-8, 9, 10, 12; ( Jury Selection set for 6/4/2018 09:00 AM in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden); Motion Hearing as to Leslie R. Evans held on 4/17/2018 re 19 ORAL MOTION to Modify Conditions of Release filed by Leslie R. Evans ; Bond Hearing as to Leslie R. Evans held on |

| | | |
|---|---|---|
| | | 4/17/2018. and 8 minutes(Court Reporter FTR.) (Gould, K.) (Entered: 04/19/2018) |
| 04/17/2018 | 28 | AMENDED ORDER Setting Conditions of Release as to Robert V. Matthews Signed by Judge Victor A. Bolden on 4/17/2018. (Perez, J.) (Entered: 05/30/2018) |
| 04/19/2018 | 21 | NOTICE OF E-FILED CALENDAR as to Robert V. Matthews: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Bond Hearing set for 5/30/2018 11:00 AM in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden (Perez, J.) (Entered: 04/19/2018) |
| 04/19/2018 | 22 | NOTICE OF E-FILED CALENDAR as to Robert V. Matthews, Leslie R. Evans: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Jury Selection set for 6/4/2018 09:00 AM in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden (Perez, J.) (Entered: 04/19/2018) |
| 04/26/2018 | 23 | TRANSCRIPT of Proceedings: as to Robert V. Matthews Type of Hearing: Arraignment and Bond Hearing. Held on 417/18 before Judge Victor Bolden. Court Reporter: Sharon Montini. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 5/17/2018. Redacted Transcript Deadline set for 5/27/2018. Release of Transcript Restriction set for 7/25/2018. (Montini, S.) (Entered: 04/26/2018) |
| 05/29/2018 | 24 | Consent MOTION to Continue *the Trial* by Leslie R. Evans. (Wenner, Daniel) (Entered: 05/29/2018) |
| 05/30/2018 | 25 | ORDER granting 24 Motion to Continue as to Leslie R. Evans (2). Under 18 U.S.C. § 3161(h)(7)(B)(iv), and based on the filing submitted by Mr. Evans, which has not been objected to by the United States, the Court finds that denying this continuance would deny reasonable time necessary for defense counsel to review discovery materials and communicate with the Defendant about the case. Accordingly, under 18 U.S.C. § 3161(h)(7)(A), the Court concludes that the ends of justice will be served by continuing jury selection until September 4, 2018, outweighing the best interest of the public and the Defendant in a speedy trial. The Court orders that the time period from today until September 4, 2018, be excluded from the calculations under the Speedy Trial Act for the Defendant. The Defendant is directed to execute a limited waiver of his Speedy Trial Act rights in support of this continuance by 6/1/2018. Signed by Judge Victor A. Bolden on 5/30/2018. (McDonough, S.) (Entered: 05/30/2018) |
| 05/30/2018 | 26 | NOTICE OF E-FILED CALENDAR as to Robert V. Matthews: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. *RESET FROM 5/30/2018* Bond Hearing set for 5/30/2018 **11:30 AM** in Courtroom Two, 915 |

| | | |
|---|---|---|
| | | Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden (Perez, J.) (Entered: 05/30/2018) |
| 05/30/2018 | 27 | WAIVER of Speedy Trial by Leslie R. Evans (Wenner, Daniel) (Entered: 05/30/2018) |
| 05/30/2018 | 29 | ORAL MOTION to Modify Conditions of Release as to the removal of the defendant's location monitoring device by Robert V. Matthews. (Perez, J.) (Entered: 05/31/2018) |
| 05/30/2018 | 30 | ORAL MOTION to Continue Jury Selection by Robert V. Matthews. (Perez, J.) (Entered: 05/31/2018) |
| 05/30/2018 | 31 | Minute Entry for proceedings held before Judge Victor A. Bolden: Bond Hearing and Motion hearing as to Robert V. Matthews held on 5/30/2018; granting 29 ORAL Motion to Modify Conditions of Release as to the removal of the defendant's location monitoring device as to Robert V. Matthews (1); granting 30 ORAL Motion to Continue Jury Selection as to Robert V. Matthews (1). ( Telephonic Bond Hearing set for 6/18/2018 11:00 AM before Judge Victor A. Bolden). Defendant's location monitoring device may be removed upon the defendant's return to the Southern District of Florida. Total Time: 1 hour (Court Reporter S. Montini.) (Perez, J.) (Entered: 05/31/2018) |
| 05/31/2018 | | NOTICE OF E-FILED CALENDAR as to Robert V. Matthews: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Telephonic continued Bond Hearing set for 6/18/2018 11:00 AM before Judge Victor A. Bolden. Once all parties are on the line, Counsel shall call Chambers at 203-579-5562. (Perez, J.) (Entered: 05/31/2018) |
| 06/01/2018 | 32 | ORDER Modifying Conditions of Release as to Robert V. Matthews. Signed by Judge Victor A. Bolden on 6/1/2018. (McDonough, S.) (Entered: 06/01/2018) |
| 06/01/2018 | | Terminate Deadlines and Hearings as to Robert V. Matthews, Leslie R. Evans: Jury Selection 6/4/2018 (Perez, J.) (Entered: 06/04/2018) |
| 06/06/2018 | 33 | MOTION to Modify Conditions of Release by Robert V. Matthews. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Ring, David) (Entered: 06/06/2018) |
| 06/06/2018 | 34 | NOTICE OF E-FILED CALENDAR as to Robert V. Matthews: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Telephonic Status Conference set for 7/2/2018 03:00 PM before Judge Victor A. Bolden Telephonic Status Conference set for 8/6/2018 03:00 PM before Judge Victor A. Bolden Telephonic Status Conference set for 9/6/2018 04:00 PM before Judge Victor A. Bolden. Once all parties are on the line, Counsel shall call Chambers at 203-579-5562. (Perez, J.) (Entered: 06/06/2018) |
| 06/13/2018 | 35 | Memorandum in Opposition by USA as to Robert V. Matthews, Leslie R. Evans re 33 MOTION to Modify Conditions of Release (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Pierpont, John) (Entered: 06/13/2018) |

| 06/18/2018 | 36 | Minute Entry for proceedings held before Judge Victor A. Bolden: Bond and Motion Hearing as to Robert V. Matthews held on 6/18/2018, 29 MOTION to Modify Conditions of Release filed by Robert V. Matthews, 33 MOTION to Modify Conditions of Release filed by Robert V. Matthews. The Court will keep in place the Interim Order until June 22, 2018, and the conditions set forth in that Order apply until then. Total Time: 0 hours and 27 minutes (Court Reporter S. Montini.) (McDonough, S.) (Entered: 06/18/2018) |
|---|---|---|
| 06/22/2018 | 37 | ORDER granting 33 Motion to Modify Conditions of Release as to Robert V. Matthews (1). Signed by Judge Victor A. Bolden on 6/22/2018. (McDonough, S.) (Entered: 06/22/2018) |
| 07/02/2018 | 38 | Minute Entry for proceedings held before Judge Victor A. Bolden: Telephonic Status Conference as to Robert V. Matthews held on 7/2/2018. Status conferences scheduled for 8/6 and 9/6 have been cancelled. Total Time: 0 hours and 4 minutes (Court Reporter S. Montini.) (McDonough, S.) Modified on 7/3/2018 (Perez, J.). (Entered: 07/02/2018) |
| 07/03/2018 |  | Terminate Deadlines and Hearings as to Robert V. Matthews: 8/6/18 and 9/6/18 status conference. (Perez, J.) (Entered: 07/03/2018) |
| 08/29/2018 | 39 | SEALED SUPERSEDING INDICTMENT returned before Judge Sarah A. L. Merriam with the signature of the foreperson redacted. Grand jury number N-18-2, as to Robert V. Matthews (1) count(s) 1s-8s, 9s, 10s, 11s-16s, 17s-20s, 21s, Leslie R. Evans (2) count(s) 1s-8s, 9s, 10s, 12s, Maria Matthews (3) count(s) 21. (Caffrey, A.) (Entered: 08/29/2018) |
| 08/29/2018 | 40 | Unredacted document with FOREPERSON'S SIGNATURE as to defendant(s)Robert V. Matthews, Leslie R. Evans, Maria Matthews. Access to the pdf document is restricted pursuant to Federal Rule of Criminal Procedure 49.1(e). (Caffrey, A.) (Entered: 08/29/2018) |
| 08/30/2018 | 42 | NOTICE OF E-FILED CALENDAR as to Maria Matthews: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Initial Appearance set for 9/4/2018 10:30 AM in Courtroom Five, 141 Church Street, New Haven, CT before Judge Robert M. Spector. (Peterson, M) (Entered: 08/30/2018) |
| 08/30/2018 | 43 | MOTION to Unseal the Superseding Indictment by USA as to Robert V. Matthews, Leslie R. Evans, Maria Matthews. (Fanelle, N.) (Entered: 08/30/2018) |
| 08/31/2018 | 44 | ORDER granting 43 Motion to Unseal Document as to Robert V. Matthews (1), Leslie R. Evans (2), Maria Matthews (3). Signed by Judge Victor A. Bolden on 8/31/2018. (McDonough, S.) (Entered: 08/31/2018) |
| 08/31/2018 | 45 | CASE UNSEALED as to Robert V. Matthews, Leslie R. Evans, Maria Matthews, INDICTMENT UNSEALED as to Robert V. Matthews, Leslie R. Evans, Maria Matthews (Perez, J.) (Entered: 08/31/2018) |
| 08/31/2018 | 54 | ELECTRONIC FILING ORDER FOR COUNSEL as to Robert V. Matthews, Leslie R. Evans, Maria Matthews - PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER<br>Signed by Judge Victor A. Bolden on 8/31/2018. (Perez, J.) (Entered: 09/04/2018) |

| | | |
|---|---|---|
| 09/04/2018 | 46 | Minute Entry for proceedings held before Judge Robert M. Spector:Arraignment as to Robert V. Matthews (1) Count 1s-8s,9s,10s,11s-16s,17s-20s,21s held on 9/4/2018, Plea entered by Robert V. Matthews Not Guilty on counts 1s-21s, ( Jury Selection set for 11/5/2018 09:00 AM in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden) 14 minutes(Court Reporter FTR - CR5.)(Caffrey, A.) (Entered: 09/04/2018) |
| 09/04/2018 | | Arrest of Maria Matthews (Caffrey, A.) (Entered: 09/04/2018) |
| 09/04/2018 | 47 | Minute Entry for proceedings held before Judge Robert M. Spector: Initial Appearance as to Maria Matthews held on 9/4/2018, Arraignment as to Maria Matthews (3) Count 21 held on 9/4/2018, Detention Hearing as to Maria Matthews held on 9/4/2018, Plea entered by Maria Matthews (3) Count 21. by Maria Matthews Not Guilty on counts 21, ( Jury Selection set for 11/5/2018 09:00 AM in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden). 26 minutes(Court Reporter FTR - CR5.) (Caffrey, A.) (Entered: 09/04/2018) |
| 09/04/2018 | 48 | Appearance Bond Entered as to Maria Matthews in amount of $ 100,000.00. (Caffrey, A.) (Entered: 09/04/2018) |
| 09/04/2018 | 49 | ORDER Setting Conditions of Release as to Maria Matthews Signed by Judge Robert M. Spector on 9/4/2018. (Caffrey, A.) (Entered: 09/04/2018) |
| 09/04/2018 | 50 | SEALED BAIL INFORMATION SHEET by Maria Matthews (Caffrey, A.) (Entered: 09/04/2018) |
| 09/04/2018 | 51 | SEALED SURETY INFORMATION SHEET by Maria Matthews (Caffrey, A.) (Entered: 09/04/2018) |
| 09/04/2018 | 52 | ATTORNEY APPEARANCE: Brian E. Spears appearing for Maria Matthews (Spears, Brian) (Entered: 09/04/2018) |
| 09/04/2018 | 53 | ATTORNEY APPEARANCE: Janna Douville Eastwood appearing for Maria Matthews (Eastwood, Janna) (Entered: 09/04/2018) |
| 10/04/2018 | 55 | Consent MOTION To Adopt Scheduling Order by Leslie R. Evans as to Robert V. Matthews, Leslie R. Evans, Maria Matthews. (Attachments: # 1 Text of Proposed Order)(Wenner, Daniel) (Entered: 10/04/2018) |
| 10/30/2018 | 56 | NOTICE OF E-FILED CALENDAR. Telephonic Motion Hearing re 55 Consent MOTION To Adopt Scheduling Order as to Robert V. Matthews, Leslie R. Evans, Maria Matthews set for 11/1/2018 09:00 AM before Judge Victor A. Bolden. Once all parties are on the line, please call Chambers at (203) 579-5562. (Perez, J.) (Entered: 10/30/2018) |
| 11/02/2018 | 57 | Minute Entry for proceedings held before Judge Victor A. Bolden: Telephonic Motion Hearing as to Robert V. Matthews, Leslie R. Evans, Maria Matthews held on 11/2/2018 re 55 Consent MOTION To Adopt Scheduling Order. Total time: 10 minutes. Scheduling order to follow. (Court Reporter S. Montini.) (Baran, Hugh) (Entered: 11/02/2018) |
| 11/02/2018 | 58 | ORDER granting 55 Consent Motion to Adopt Scheduling Order as to Robert V. Matthews (1), Leslie R. Evans (2), Maria Matthews (3). The motion is GRANTED, with some modifications to accommodate the Courts schedule. See attached Amended Scheduling Order for details. In addition, for the reasons stated in the attached Order, the Court hereby orders that the time period from the date of the superseding |

| | | |
|---|---|---|
| | | indictment, August 29, 2018, to the date of jury selection, July 8, 2019, be excluded from the calculations under the Speedy Trial Act. Signed by Judge Victor A. Bolden on 11/2/2018. (Baran, Hugh) (Entered: 11/02/2018) |
| 11/02/2018 | 59 | NOTICE OF E-FILED CALENDAR as to Robert V. Matthews, Leslie R. Evans, Maria Matthews: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. *RESET FROM Jury Selection 11/5/2018 at 9:00 AM*, Set/Reset Deadlines/Hearings as to Robert V. Matthews, Leslie R. Evans, Maria Matthews:<br><br>Hearing on Pre-Trial Motions set for 1/31/2019 at 03:00 PM in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden. Final Pre-Trial Conference set for 7/2/2019 at 10:00 AM in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden. Jury Selection set for 7/8/2019 at 09:00 AM in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden. (Baran, Hugh) (Entered: 11/02/2018) |
| 11/20/2018 | 60 | NOTICE OF E-FILED CALENDAR as to Robert V. Matthews, Leslie R. Evans, Maria Matthews: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.<br>Telephonic Status Conference set for 11/26/2018 04:00 PM before Judge Victor A. Bolden. Once all parties are on the line, please call Chambers at (203) 579-5562. (Perez, J.) (Entered: 11/20/2018) |
| 11/26/2018 | 61 | Minute Entry for proceedings held before Judge Victor A. Bolden:Telephonic Status Conference as to Robert V. Matthews, Leslie R. Evans, and Maria Matthews held on 11/26/2018. Total time: 5 minutes. (Court Reporter S. Montini.) (Baran, Hugh) (Entered: 11/26/2018) |
| 11/27/2018 | 62 | EX PARTE MOTION *For Appointment of CJA Counsel* by Maria Matthews. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Spears, Brian) (Entered: 11/27/2018) |
| 11/27/2018 | 63 | SEALED CJA 23 Financial Affidavit by Maria Matthews (Spears, Brian) (Entered: 11/27/2018) |
| 11/28/2018 | 64 | ATTORNEY APPEARANCE Susan Wines appearing for USA (Wines, Susan) (Entered: 11/28/2018) |
| 11/28/2018 | 65 | ATTORNEY APPEARANCE: Paul Aaron Tuchmann appearing for Robert V. Matthews (Tuchmann, Paul) (Entered: 11/28/2018) |
| 11/30/2018 | 66 | ENTERED IN ERROR: MOTION to Dismiss *and to Transfer Venue* by Robert V. Matthews as to Robert V. Matthews, Leslie R. Evans, Maria Matthews. (Attachments: # 1 Memorandum of Law in Support of Motion)(Ring, David) Modified on 12/3/2018 (Perez, J.). (Entered: 11/30/2018) |
| 11/30/2018 | 67 | MOTION to Dismiss *Counts One Through Eight of the Superseding Indictment and To Transfer Further Proceedings* by Leslie R. Evans. (Wenner, Daniel) (Entered: 11/30/2018) |
| 11/30/2018 | 68 | MOTION to Sever Defendant by Leslie R. Evans. (Wenner, Daniel) (Entered: 11/30/2018) |

| 11/30/2018 | 69 | Memorandum in Support by Leslie R. Evans re 68 MOTION to Sever Defendant (Wenner, Daniel) (Entered: 11/30/2018) |
|---|---|---|
| 11/30/2018 | 70 | MOTION to Dismiss *Count Twenty-One or to Transfer* by Maria Matthews. (Spears, Brian) (Entered: 11/30/2018) |
| 11/30/2018 | 71 | MOTION to Dismiss and MOTION to Transfer Venue by Robert V. Matthews. (Attachments: # 1 Memorandum in Support)(Perez, J.) (Entered: 12/03/2018) |
| 12/03/2018 | 72 | SEALED ORDER as to Maria Matthews. Signed by Judge Victor A. Bolden on 12/3/2018. (Baran, Hugh) (Entered: 12/03/2018) |
| 12/10/2018 | 73 | Sealed Document: Ex Parte Affidavit of Brian E. Spears in Support of Ex Parte Motion for CJA Appointment by Maria Matthews re 72 Sealed Order, 62 EX PARTE MOTION *For Appointment of CJA Counsel* - (Spears, Brian) (Entered: 12/10/2018) |
| 12/21/2018 | 74 | Memorandum in Opposition by USA as to Robert V. Matthews, Leslie R. Evans, Maria Matthews re 67 MOTION to Dismiss *Counts One Through Eight of the Superseding Indictment and To Transfer Further Proceedings*, 70 MOTION to Dismiss *Count Twenty-One or to Transfer*, 71 MOTION to Dismiss MOTION and to Transfer Venue, 68 MOTION to Sever Defendant (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Exhibit W, # 24 Exhibit X)(Pierpont, John) (Entered: 12/21/2018) |
| 01/08/2019 | 75 | NOTICE OF E-FILED CALENDAR as to Maria Matthews: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. EX PARTE telephonic Motion Hearing as to Maria Matthews 62 **EX PARTE** MOTION *For Appointment of CJA Counsel* set for 1/14/2019 11:00 AM before Judge Victor A. Bolden. Counsel shall call chambers at (203)579-5562. (Perez, J.) (Entered: 01/08/2019) |
| 01/11/2019 | 76 | RESPONSE/REPLY by Leslie R. Evans re 74 Memorandum in Opposition to Motion,,, 68 Motion to Sever Defendant (Wenner, Daniel) (Entered: 01/11/2019) |
| 01/11/2019 | 77 | REPLY TO RESPONSE to Motion by Robert V. Matthews re 71 MOTION to Dismiss MOTION and to Transfer Venue (Ring, David) (Entered: 01/11/2019) |
| 01/14/2019 | 78 | ExParte Document by Maria Matthews (Spears, Brian) (Entered: 01/14/2019) |
| 01/15/2019 | 79 | Minute Entry for proceedings held before Judge Victor A. Bolden: EX PARTE Telephonic Motion Hearing as to Maria Matthews held on 1/15/2019 re 62 EX PARTE MOTION *For Appointment of CJA Counsel* filed by Maria Matthews. Total time: 8 minutes. (Court Reporter S. Montini.) (Baran, Hugh) (Entered: 01/15/2019) |
| 01/16/2019 | 80 | ORDER granting 62 *Ex Parte* Motion for Appointment of CJA Counsel as to Maria Matthews. For the reasons explained in the attached Order, the Court GRANTS Ms. Matthewss motion and appoints Mr. Spears as CJA counsel and Ms. Eastwood as additional pre-trial counsel, with the appointment retroactive to November 1, 2018. See attached Order for details. Signed by Judge Victor A. Bolden on 1/16/2019. (Baran, Hugh) (Entered: 01/16/2019) |
| 01/23/2019 | 81 | NOTICE OF E-FILED CALENDAR as to Robert V. Matthews, Leslie R. Evans, Maria Matthews: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT |

| | | |
|---|---|---|
| | | PHOTO IDENTIFICATION. *RESET FROM Hearing on Pre-Trial Motions set for 1/31/2019 at 03:00 PM*, Set/Reset Deadlines re Motions in case as to Robert V. Matthews, Leslie R. Evans, Maria Matthews: [71](#) MOTION to Dismiss MOTION and to Transfer Venue, 68 MOTION to Sever Defendant , 67 MOTION to Dismiss *Counts One Through Eight of the Superseding Indictment and To Transfer Further Proceedings*, 70 MOTION to Dismiss *Count Twenty-One or to Transfer*.<br><br>The Pre-Trial Motions Hearing scheduled for 1/31/2019 is **CONTINUED to 2/26/2019 at 01:00 PM** in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden. (Baran, Hugh) (Entered: 01/23/2019) |
| 01/31/2019 | | Terminate Deadlines and Hearings as to Robert V. Matthews, Leslie R. Evans, Maria Matthews: hearing scheduled for 1/31/19 continued. (Perez, J.) (Entered: 01/31/2019) |
| 02/08/2019 | [82](#) | MOTION to Continue *Pre-Trial Hearing Date* by USA as to Robert V. Matthews, Leslie R. Evans, Maria Matthews. (Pierpont, John) (Entered: 02/08/2019) |
| 02/09/2019 | 83 | ORDER granting [82](#) Motion to Continue Pretrial Motions Hearing as to Robert V. Matthews (1), Leslie R. Evans (2), Maria Matthews (3). Scheduling order to follow. Signed by Judge Victor A. Bolden on 2/9/2019. (Baran, Hugh) (Entered: 02/09/2019) |
| 02/09/2019 | 84 | NOTICE OF E-FILED CALENDAR as to Robert V. Matthews, Leslie R. Evans, Maria Matthews: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. *RESET FROM Hearing on Pre-Trial Motions set for 2/26/2019 at 01:00 PM*, Set/Reset Deadlines re Motions: [71](#) MOTION to Dismiss MOTION and to Transfer Venue, 68 MOTION to Sever Defendant , 67 MOTION to Dismiss *Counts One Through Eight of the Superseding Indictment and To Transfer Further Proceedings*, 70 MOTION to Dismiss *Count Twenty-One or to Transfer*<br><br>The Pretrial Motions Hearing set for 2/26/2019 at 1:00 PM is **CONTINUED to 3/11/2019 at 04:00 PM** in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden. (Baran, Hugh) (Entered: 02/09/2019) |
| 03/09/2019 | 85 | NOTICE OF E-FILED CALENDAR as to Robert V. Matthews, Leslie R. Evans, Maria Matthews: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. *RESET FROM Pretrial motions hearing 3/11/2019*, Set/Reset Deadlines re [71](#) MOTION to Dismiss MOTION and to Transfer Venue, 68 MOTION to Sever Defendant , 67 MOTION to Dismiss *Counts One Through Eight of the Superseding Indictment and To Transfer Further Proceedings*, 70 MOTION to Dismiss *Count Twenty-One or to Transfer*.<br><br>The Pretrial Motions Hearing set for 3/11/2019 is **CONTINUED to 4/24/2019 at 04:00 PM** in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden. (Baran, Hugh) (Entered: 03/09/2019) |
| 04/10/2019 | [86](#) | MOTION to Continue *Oral Argument and Suspend Scheduling Order* by Robert V. Matthews. (Ring, David) (Entered: 04/10/2019) |
| 04/11/2019 | 87 | ORDER granting [86](#) Motion to Continue Oral Argument and Suspend Scheduling Order. The oral argument on Defendants' pre-trial motions scheduled for 4/24/2019 is continued without date, and all current pre-trial deadlines are suspended. Signed by Judge Victor A. Bolden on 4/11/2019. (Baran, Hugh) (Entered: 04/11/2019) |

| | | |
|---|---|---|
| 04/11/2019 | 88 | NOTICE OF E-FILED CALENDAR as to Robert V. Matthews, Leslie R. Evans, Maria Matthews: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. *RESET FROM Pre-Trial Motions Hearing set for 4/24/2019.* The pre-trial motions hearing set for 4/24/2019 is CONTINUED without date. (Baran, Hugh) (Entered: 04/11/2019) |
| 04/12/2019 | | Terminated Hearings as to Robert V. Matthews, Leslie R. Evans, Maria Matthews: Pretrial Conference and Jury Selection are continued without date. (Perez, J.) (Entered: 04/12/2019) |
| 04/25/2019 | 89 | MOTION to Appoint Counsel by Robert V. Matthews. (Ring, David) (Entered: 04/25/2019) |
| 04/25/2019 | 90 | ExParte Document by Robert V. Matthews (Gould, K.) (Entered: 04/26/2019) |
| 04/25/2019 | 91 | SEALED CJA 23 Financial Affidavit by Robert V. Matthews (Gould, K.) (Entered: 04/26/2019) |
| 04/25/2019 | 95 | ORAL MOTION to continue Bond by Maria Matthews. (Perez, J.) (Entered: 05/02/2019) |
| 04/25/2019 | 96 | Minute Entry for proceedings held before Judge Victor A. Bolden: Change of Plea and Motion Hearing as to Maria Matthews held on 4/25/2019; granting 95 ORAL Motion to continue Bond as to Maria Matthews (3); Plea entered by Maria Matthews (3) Guilty Count 21. Total time: 37 minutes(Court Reporter S. Montini.) (Perez, J.) (Entered: 05/02/2019) |
| 04/25/2019 | 97 | PLEA AGREEMENT as to Maria Matthews (Perez, J.) (Entered: 05/02/2019) |
| 04/25/2019 | 98 | ORAL MOTION to continue Bond by Robert V. Matthews. (Perez, J.) (Entered: 05/02/2019) |
| 04/25/2019 | 99 | Minute Entry for proceedings held before Judge Victor A. Bolden: Change of Plea and Motion Hearing as to Robert V. Matthews held on 4/25/2019;granting 98 ORAL Motion to continue Bond as to Robert V. Matthews (1); Plea entered by Robert V. Matthews (1) Guilty Count 10s,12s,21s. ( Proposed sentencing schdule due to Clerk by 5/3/2019). Total time: 55 minutes(Court Reporter S. Montini.) (Perez, J.) (Entered: 05/02/2019) |
| 04/25/2019 | 100 | PLEA AGREEMENT as to Robert V. Matthews (Perez, J.) (Entered: 05/02/2019) |
| 04/30/2019 | 92 | MOTION for Stanley A. Twardy, Jr. to Withdraw as Attorney by Leslie R. Evans. (Twardy, Stanley) (Entered: 04/30/2019) |
| 04/30/2019 | 93 | MOTION for Daniel E. Wenner to Withdraw as Attorney by Leslie R. Evans. (Wenner, Daniel) (Entered: 04/30/2019) |
| 05/01/2019 | 94 | ORDER granting 92 Motion to Withdraw as Attorney; 93 Motion to Withdraw as Attorney. Stanley A. Twardy, Jr and Daniel E. Wenner withdrawn from case as to Leslie R. Evans (2). Signed by Judge Victor A. Bolden on 5/1/2019. (Baran, Hugh) (Entered: 05/01/2019) |
| 05/03/2019 | 101 | TRANSCRIPT of Proceedings: as to Robert V. Matthews Type of Hearing: Plea Hearing. Held on 4/25/19 before Judge Victor Bolden. Court Reporter: Sharon Montini. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a |

| | | |
|---|---|---|
| | | Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 5/24/2019. Redacted Transcript Deadline set for 6/3/2019. Release of Transcript Restriction set for 8/1/2019. (Montini, S.) (Entered: 05/03/2019) |
| 05/03/2019 | 102 | TRANSCRIPT of Proceedings: as to Maria Matthews Type of Hearing: Plea Hearing. Held on 4/25/19 before Judge Victor Bolden. Court Reporter: Sharon Montini. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 5/24/2019. Redacted Transcript Deadline set for 6/3/2019. Release of Transcript Restriction set for 8/1/2019. (Montini, S.) (Entered: 05/03/2019) |
| 05/06/2019 | 103 | NOTICE of Intent to Request Redaction of 101 Transcript,,,, by David A. Ring in case as to Robert V. Matthews (Ring, David) (Entered: 05/06/2019) |
| 05/08/2019 | 104 | ATTORNEY APPEARANCE: Michael Grudberg appearing for Leslie R. Evans (Grudberg, Michael) (Entered: 05/08/2019) |
| 06/12/2019 | 105 | MOTION to Modify Conditions of Release by Robert V. Matthews. (Ring, David) (Entered: 06/12/2019) |
| 06/13/2019 | 106 | ORDER granting 105 Consent Motion to Modify Conditions of Release as to Robert V. Matthews. Mr. Matthews's motion, which the Government consents to, is GRANTED. Mr. Matthews's conditions of release are modified as follows: (1) the restriction on the sureties property is no longer required to secure his bond; (2) the Southern District of Florida or any other party in possession of the bond packages is hereby authorized to return them to the sureties. Signed by Judge Victor A. Bolden on 6/13/2019. (Baran, Hugh) (Entered: 06/13/2019) |
| 06/17/2019 | 107 | NOTICE OF E-FILED CALENDAR as to Robert V. Matthews: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Telephonic Ex Parte Motion Hearing as to Robert V. Matthews 89 MOTION to Appoint Counsel set for 6/17/2019 10:30 AM before Judge Victor A. Bolden. Counsel please call Chambers at (203)579-5562. (Perez, J.) (Entered: 06/17/2019) |
| 06/17/2019 | 108 | Minute Entry for proceedings held before Judge Victor A. Bolden: Telephonic Ex Parte Motion Hearing as to Robert V. Matthews held on 6/17/2019 re: 89 MOTION to Appoint Counsel. Total time: 6 minutes. (Court Reporter S. Montini.) (Baran, Hugh) (Entered: 06/17/2019) |

| 06/28/2019 | 109 | Consent MOTION to Continue *Trial* by Leslie R. Evans. (Grudberg, Michael) (Entered: 06/28/2019) |
|---|---|---|
| 07/01/2019 | 110 | ORDER granting 109 Motion to Continue Jury Selection and Trial as to Leslie R. Evans (2). Under 18 U.S.C. § 3161(h)(7)(B)(iv), and based on the representations made by Mr. Evans's counsel in the motion, the Court finds that denying this continuance would deny reasonable time necessary for defense counsel to effectively prepare for trial, particularly in light of the voluminous discovery in this case and Mr. Evans's recent retention of new counsel. Mr. Evans, through his counsel, has agreed that this continuance is in his best interests, and the Government consents to this continuance.<br><br>Accordingly, under 18 U.S.C. § 3161(h)(7)(A), the Court concludes that the ends of justice will be served by continuing jury selection, outweighing the best interests of the public and Mr. Evans in a speedy trial. Mr. Evans's motion to continue jury selection and trial therefore is GRANTED.<br><br>The Court will hold a telephonic scheduling conference on **August 6, 2019 at 11:00 a.m.** Jury selection and trial are continued to a date to be determined during the August 6, 2019 telephonic scheduling conference.<br><br>The Court orders that the time period from July 8, 2019 through August 6, 2019 be excluded from the calculations under the Speedy Trial Act for Mr. Evans. Mr. Evans may file a Speedy Trial Waiver by July 5, 2019.<br><br>Signed by Judge Victor A. Bolden on 7/1/2019. (Baran, Hugh) (Entered: 07/01/2019) |
| 07/01/2019 | 111 | NOTICE OF E-FILED CALENDAR as to Leslie R. Evans: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Set/Reset Deadlines/Hearings as to Leslie R. Evans:<br><br>Telephonic Scheduling Conference as to Leslie R. Evans set for **8/6/2019 at 11:00 AM** before Judge Victor A. Bolden. Once all counsel are on the line, please call Chambers at (203) 579-5562. (Baran, Hugh) (Entered: 07/01/2019) |
| 07/01/2019 | 112 | ORDER finding as moot 70 Motion to Dismiss or Transfer as to Maria Matthews (3); 71 Motion to Dismiss or Transfer as to Robert V. Matthews (1), in light of their guilty pleas. *See* ECF Nos. 96 and 99. Signed by Judge Victor A. Bolden on 7/1/2019. (Baran, Hugh) (Entered: 07/01/2019) |
| 07/01/2019 | 113 | MOTION to Seal Ex Parte, In Camera Supplemental Motion for CJA Appointment by Robert V. Matthews. (Ring, David) (Entered: 07/01/2019) |
| 07/01/2019 | 114 | Supplemental EX PARTE MOTION *SEALED, In Camera for CJA Appointment* by Robert V. Matthews. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Ring, David) (Entered: 07/01/2019) |
| 07/02/2019 | 115 | ORDER granting 113 Motion to Seal as to Robert V. Matthews. The Court finds that sealing is supported by good cause and clear and compelling reasons, and the sealing of these filings is narrowly tailored to serve those reasons. Signed by Judge Victor A. Bolden on 7/2/2019. (Baran, Hugh) (Entered: 07/02/2019) |

| 07/03/2019 | 116 | WAIVER of Speedy Trial by Leslie R. Evans (Grudberg, Michael) (Entered: 07/03/2019) |
|---|---|---|
| 07/10/2019 | 117 | MOTION to Travel *(Unopposed)* by Maria Matthews. (Eastwood, Janna) (Entered: 07/10/2019) |
| 07/11/2019 | 118 | ORDER granting 117 Motion to Travel as to Maria Matthews (3): Ms. Matthews' conditions of release are modified as follows: Ms. Matthews may travel to Maine from 7/13/2019 to 7/14/2019, for the limited purpose specified in her motion. Signed by Judge Victor A. Bolden on 7/11/2019. (Baran, Hugh) (Entered: 07/11/2019) |
| 08/06/2019 | 119 | ORDER as to Leslie R. Evans.Under 18 U.S.C. § 3161(h)(7)(B)(iv) and based on the representations made by Mr. Evans's counsel, the Court finds that this continuance is necessary for defense counsel to have reasonable time to prepare effectively for trial, particularly in light of the voluminous discovery in this case.<br><br>Accordingly, under 18 U.S.C. § 3161(h)(7)(A), the Court concludes that the ends of justice will be served by continuing jury selection, outweighing the best interests of the public and Mr. Evans in a speedy trial. The Court *sua sponte* continues jury selection and trial.<br><br>The Court will hold a telephonic scheduling conference on **September 10, 2019 at 10:00 a.m.** Jury selection and trial are continued to a date to be determined during the September 10, 2019 telephonic scheduling conference.<br><br>The Court orders that the period from August 6, 2019 through September 10, 2019 be excluded from the calculations under the Speedy Trial Act for Mr. Evans. Mr. Evans may file a Speedy Trial Waiver by **August 13, 2019**.<br><br>Signed by Judge Victor A. Bolden on 8/6/2019. (Washington, Gregory) Modified on 8/7/2019 to correct date of hearing to 9/10/19 (Perez, J.). (Entered: 08/06/2019) |
| 08/06/2019 | 120 | NOTICE OF E-FILED CALENDAR as to Leslie R. Evans: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION., Set/Reset Deadlines/Hearings as to Leslie R. Evans:<br><br>Telephonic Scheduling Conference set for **9/10/2019 10:00 AM** before Judge Victor A. Bolden. Once all counsel are on the line, please call Chambers at (203)579-5562. (Washington, Gregory) (Entered: 08/06/2019) |
| 08/06/2019 | 121 | Minute Entry for proceedings held before Judge Victor A. Bolden:Telephonic Scheduling Conference as to Leslie R. Evans held on 8/6/2019. Total Time: 0 hours and 7 minutes.(Court Reporter S. Montini.)(Washington, Gregory) (Entered: 08/06/2019) |
| 08/12/2019 | 122 | ORDER granting 89 Motion for Appointment of CJA Counsel as to Robert V. Matthews (1). For the reasons explained in the attached Order, the Court GRANTS Mr. Matthews's motion. The Court appoints Mr. Ring as his CJA counsel, with the appointment retroactive to April 2, 2018. The Court also appoints Mr. Tuchmann as additional pre-trial counsel, with the appointment retroactive to November 1, 2018 and ending April 25, 2019. This motion is granted subject to other conditions detailed in this Order. See attached Order for details. Signed by Judge Victor A. Bolden on |

| | | |
|---|---|---|
| | | 8/12/2019. (Baran, Hugh) (Entered: 08/12/2019) |
| 08/13/2019 | 123 | WAIVER of Speedy Trial by Leslie R. Evans (Grudberg, Michael) (Entered: 08/13/2019) |
| 09/06/2019 | 124 | RESPONSE/REPLY by Robert V. Matthews re 122 Order on Motion to Appoint Counsel,, (Ring, David) (Entered: 09/06/2019) |
| 09/10/2019 | 125 | Minute Entry for proceedings held before Judge Victor A. Bolden:Telephonic Scheduling Conference as to Leslie R. Evans held on 9/10/2019. Scheduling order to follow. Total time: 10 minutes(Court Reporter S. Montini.)(Perez, J.) (Entered: 09/11/2019) |
| 09/10/2019 | 126 | SCHEDULING ORDER as to Leslie R. Evans.<br>Substantive Motions due 11/1/2019; Government Response due 11/8/2019; Defendant Replies due 11/15/2019.<br>Jury Selection set for 12/2/2019 08:30 AM in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden.<br>Jury Trial set to begin on 12/2/2019 01:00 PM in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden continued through 12/13/2019 08:30 AM in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden.<br>Signed by Judge Victor A. Bolden on 9/10/2019. (Perez, J.) (Entered: 09/11/2019) |
| 09/11/2019 | 127 | NOTICE OF E-FILED CALENDAR as to Leslie R. Evans: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION.<br>Pretrial Conference set for 11/26/2019 10:00 AM in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden.<br>Jury Selection set for 12/2/2019 08:30 AM in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden.<br>Jury Trial set to begin on 12/2/2019 01:00 PM in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden continued through 12/13/2019 08:30 AM in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden.(Perez, J.) (Entered: 09/11/2019) |
| 09/12/2019 | 128 | ORDER as to Leslie R. Evans. Under 18 U.S.C. § 3161(h)(7)(A), the Court concludes that the ends of justice will be served by continuing jury selection, outweighing the best interests of the public and Mr. Evans in a speedy trial. The Court orders that the period from September 10, 2019 through December 2, 2019 be excluded from the calculations under the Speedy Trial Act for Mr. Evans.<br>Signed by Judge Victor A. Bolden on 9/11/2019. (Garcia, Angela) (Entered: 09/12/2019) |
| 09/26/2019 | 129 | MOTION to Continue *Trial Date* by Leslie R. Evans. (Grudberg, Michael) (Entered: 09/26/2019) |
| 09/30/2019 | 130 | ORDER granting 129 Motion to Continue as to Leslie R. Evans. Under 18 U.S.C. § 3161(h)(7)(B)(iv), and based on the representations made by Mr. Evans's counsel in the motion, the Court finds that denying this continuance would deny reasonable time necessary for defense counsel to effectively prepare for trial, particularly in light of the voluminous discovery in this case and Mr. Evans's recent retention of new counsel. Mr. Evans, through his counsel, has agreed that this continuance is in his best interests, and the Government consents to this continuance. |

| | | |
|---|---|---|
| | | Accordingly, under 18 U.S.C. § 3161(h)(7)(A), the Court concludes that the ends of justice will be served by continuing jury selection, outweighing the best interests of the public and Mr. Evans in a speedy trial. Mr. Evans's motion to continue jury selection and trial therefore is GRANTED.<br>The Court orders that the period from September 10, 2019 through February 3, 2020 be excluded from the calculations under the Speedy Trial Act for Mr. Evans. Signed by Judge Victor A. Bolden on 9/30/2019. (Garcia, Angela) (Entered: 09/30/2019) |
| 09/30/2019 | 131 | SCHEDULING ORDER as to Leslie R. Evans. The Court adopts the following pre-trial schedule:<br>Substantive Motions due December 9, 2019.<br>Government Response due January 6, 2020.<br>Defendant Replies due January 13, 2020.<br>Length of Trial 10 days.<br>Jury Selection is reset from December 2, 2019 to February 3, 2020 at 08:30AM before Judge Victor A. Bolden Motion Hearing set for 1/29/2020 10:00 AM in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden<br>Signed by Judge Victor A. Bolden on 9/30/2019. (Garcia, Angela) (Entered: 09/30/2019) |
| 10/01/2019 | 132 | NOTICE OF E-FILED CALENDAR as to Leslie R. Evans: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION.<br>Jury Selection set for 2/3/2020 08:30 AM in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden.<br>Jury Trial to begin 2/3/2020 01:00 PM in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden.<br>Jury Trial set for 2/4/2020-2/14/2020 09:00 AM in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden. (Perez, J.) (Entered: 10/01/2019) |
| 10/23/2019 | 133 | MOTION to Modify Conditions of Release *(Unopposed)* by Maria Matthews. (Eastwood, Janna) (Entered: 10/23/2019) |
| 10/25/2019 | 134 | ORDER granting 133 Motion to Modify Conditions of Release as to Maria Matthews. 49 The Court modifies the conditions of Ms. Matthews' release to enable her to travel within the continental United States with prior notification to and approval by the United States Probation Office. Signed by Judge Victor A. Bolden on 10/25/2019. (Garcia, Angela) (Entered: 10/25/2019) |
| 12/20/2019 | 135 | Consent MOTION to Continue *Trial Date* by Leslie R. Evans. (Grudberg, Michael) (Entered: 12/20/2019) |
| 12/23/2019 | 136 | ORDER granting 135 Motion to Continue as to Leslie R. Evans (2). Under 18 U.S.C. § 3161(h)(7)(B)(iv), and based on the representations made by Mr. Evans's counsel in the motion, the Court finds that denying this continuance would deny reasonable time necessary for defense counsel to effectively prepare for trial. Mr. Evans, through his counsel, has agreed that this continuance is in his best interests, and the Government consents to this continuance.Accordingly, under 18 U.S.C. § 3161(h)(7)(A), the Court concludes that the ends of justice will be served by continuing jury selection, outweighing best interests of the public and Mr. Evans in a speedy trial. Mr. Evans's motion to continue jury selection and trial therefore is GRANTED.The Court orders that the period from February 3, 2020 through April 6, 2020 be excluded from the calculations under the Speedy Trial Act for Mr. Evans. Mr. Evans is directed to |

|  |  |  |
|---|---|---|
|  |  | submit a Speedy Trial Waiver on or before January 6, 2020. Signed by Judge Victor A. Bolden on 12/21/2019. (Garcia, A.) Modified on 12/26/2019 to correct date (Perez, J.). (Entered: 12/23/2019) |
| 12/23/2019 |  | Set/Reset Deadlines/Hearings as to Leslie R. Evans: Jury Selection set for 4/6/2020 09:00 AM in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden.<br>Jury Trial set for 4/6/2020 - 4/17/2020 in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden. (Garcia, A.) (Entered: 12/23/2019) |
| 12/23/2019 | 137 | NOTICE OF E-FILED CALENDAR as to Leslie R. Evans: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. *RESET FROM 2/3/2020* Jury Selection set for 4/6/2020 09:00 AM in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden.<br>Jury Trial set for 4/6/2020 to 4/17/2020 in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden. (Garcia, A.) (Entered: 12/23/2019) |
| 12/23/2019 | 138 | AMENDED SCHEDULING ORDER as to Leslie R. Evans. The Court adopts the following pre-trial schedule:<br>-Substantive Motions due 2/7/2020.<br>- Government Response due 3/3/2020.<br>- Defendant Replies due 3/10/2020.<br>Length of Trial 10 days.<br>Jury Selection set for 4/6/2020 09:00 AM in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden. Jury Trial set for 4/6/2020 - 4/17/2020 in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden.<br>Signed by Judge Victor A. Bolden on 12/23/2019. (Garcia, A.) (Entered: 12/23/2019) |
| 01/06/2020 | 139 | WAIVER of Speedy Trial by Leslie R. Evans (Grudberg, Michael) (Entered: 01/06/2020) |
| 01/22/2020 | 140 | NOTICE OF E-FILED CALENDAR as to Leslie R. Evans: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. *RESET FROM 1/29/2020*, Set/Reset Deadlines re Motion or Report and Recommendation in case as to Leslie R. Evans 68 MOTION to Sever Defendant , 67 MOTION to Dismiss *Counts One Through Eight of the Superseding Indictment and To Transfer Further Proceedings*. Motion Hearing set for 2/28/2020 09:00 AM in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden. (Garcia, A.) (Entered: 01/22/2020) |
| 02/26/2020 |  | CANCELLATION NOTICE: Motion Hearing scheduled for 02/28/2020 is cancelled. Signed by Judge Victor A. Bolden on 2/26/2020. (Perez, J.) (Entered: 02/26/2020) |
| 03/18/2020 | 141 | Receipt for Surrender of Passport as to Leslie R. Evans Passport Number 424196276 issued by United States Receipt Number 657601 (Payton, R.) (Entered: 03/18/2020) |
| 03/27/2020 | 142 | ORDER continuing jury selection as to Leslie R. Evans.<br>In light of the general order signed by Chief Judge Underhill on March 24, 2020 continuing all jury selections and jury trials scheduled through May 15, 2020 due to the COVID-19 virus (coronavirus) outbreak, the Court concludes under 18 U.S.C. § 3161(h)(7)(A) that the ends of justice will be served by continuing jury selection and |

| | | |
|---|---|---|
| | | trial, outweighing the best interests of the public and the defendants in a speedy trial. The Court orders that the period from April 6, 2020 to June 1, 2020 be excluded from the calculations under the Speedy Trial Act for Mr. Evans. The new jury selection date will be scheduled for **June 1, 2020**.<br>Signed by Judge Victor A. Bolden on 3/27/2020. (Garcia, A.) (Entered: 03/27/2020) |
| 03/27/2020 | 143 | NOTICE OF E-FILED CALENDAR as to Leslie R. Evans: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. *RESET FROM 4/6/2020* Jury Selection set for 6/1/2020 09:00 AM in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden (Garcia, A.) (Entered: 03/27/2020) |
| 05/22/2020 | 144 | ORDER denying as moot 114 ExParte Motion as to Robert V. Matthews (1). Signed by Judge Victor A. Bolden on 5/22/2020. (Garcia, A.) (Entered: 05/22/2020) |
| 05/28/2020 | 145 | ORDER continuing jury selection as to Leslie R. Evans.<br>Under 18 U.S.C. § 3161(h)(7)(A) and in light of the general order signed by Chief Judge Underhill on May 19, 2020 continuing all jury selections and jury trials until September 1, 2020, the Court concludes that the ends of justice will be served by continuing the date for jury selection, outweighing the best interests of the public and the Defendant in a speedy trial. There are continued, significant public health concerns for prospective jurors, which affects the ability of the Court to obtain an adequate jury pool. Any in-court proceeding could expose counsel and court staff to serious health risks. *See United States v. Lynch*, 726 F.3d 346, 355 (2d Cir. 2013) ("Because the district court had articulated its findings supporting its determination that the ends of justice would be served before granting the continuance, and those findings fulfilled the criteria set out in 3161(h)(7)(B), the district court complied with *Zedner*.") (citing *Zedner v. United States*, 547 U.S. 489, 491 (2006) (express Speedy Trial Act findings must be put on the record)).<br><br>Accordingly, jury selection will be scheduled for **September 8, 2020**. The Court orders the period from June 1, 2020 to September 8, 2020 be excluded from speedy trial calculations.<br><br>Signed by Judge Victor A. Bolden on 5/28/2020. (Garcia, A.) (Entered: 05/28/2020) |
| 05/28/2020 | 146 | NOTICE OF E-FILED CALENDAR as to Leslie R. Evans: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. *RESET FROM 6/1/2020* Jury Trial set for 9/8/2020 09:00 AM in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden (Garcia, A.) (Entered: 05/28/2020) |
| 06/24/2020 | 147 | MOTION for Attorney(s) Neil G. Taylor to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC-5935424). (Gulash, John) (Entered: 06/24/2020) |
| 06/25/2020 | 148 | MOTION for Michael J. Grudberg to Withdraw as Attorney by Leslie R. Evans. (Grudberg, Michael) (Entered: 06/25/2020) |
| 06/26/2020 | 149 | ORDER granting 148 Motion to Withdraw as Attorney. Michael Grudberg withdrawn from case as to Leslie R. Evans (2). Attorney John Gulash is directed to enter an appearance, in order to properly move the pending 147 motion for *pro hac vice* admission on behalf of Neil G. Taylor. Signed by Judge Victor A. Bolden on |

| | | 6/26/2020. (Garcia, A.) (Entered: 06/26/2020) |
|---|---|---|
| 06/26/2020 | 150 | ATTORNEY APPEARANCE: John R. Gulash, Jr appearing for Leslie R. Evans (Gulash, John) (Entered: 06/26/2020) |
| 06/26/2020 | 151 | AFFIDAVIT by Leslie R. Evans as to Leslie R. Evans 147 MOTION for Attorney(s) Neil G. Taylor to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC-5935424) filed by Leslie R. Evans (Gulash, John) (Entered: 06/26/2020) |
| 06/29/2020 | 152 | ORDER granting 147 Motion to Appear as to Leslie R. Evans (2). Signed by Judge Victor A. Bolden on 6/29/2020. (Garcia, A.) (Entered: 06/29/2020) |
| 06/30/2020 | 153 | ORDER denying as moot 68 Motion to Sever Defendant as to Leslie R. Evans (2). The Court **DENIES as moot** Mr. Evans' 68 motion to sever. The other Defendants, Robert Matthews and Maria Matthews, have already pled guilty. *See* Plea Agreement as to R. Matthews, ECF No. 100 (Apr. 25, 2019); Plea Agreement as to M. Matthews, ECF No. 97 (Apr. 25, 2019). Signed by Judge Victor A. Bolden on 6/30/2020. (Garcia, A.) (Entered: 06/30/2020) |
| 07/02/2020 | 154 | ATTORNEY APPEARANCE: Neil Taylor appearing for Leslie R. Evans (Taylor, Neil) (Entered: 07/02/2020) |
| 07/13/2020 | 155 | MOTION for Attorney(s) Susan W. Van Dusen to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC-5969338). (Gulash, John) (Entered: 07/13/2020) |
| 07/13/2020 | 156 | MOTION for Attorney(s) Cristina Laramee Souto to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC-5969414). (Gulash, John) (Entered: 07/13/2020) |
| 07/14/2020 | 157 | ORDER granting 155 Motion to Appear Pro Hac Vice as to Leslie R. Evans (2) for Susan W. Van Dusen. Signed by Clerk on 07/14/2020. (Fazekas, J.) (Entered: 07/14/2020) |
| 07/14/2020 | 158 | ORDER granting 156 Motion to Appear Pro Hac Vice as to Leslie R. Evans (2) for Cristina Laramee Souto. Signed by Clerk on 07/14/2020. (Fazekas, J.) (Entered: 07/14/2020) |
| 07/15/2020 | 159 | ATTORNEY APPEARANCE: Susan Van Dusen appearing for Leslie R. Evans (Van Dusen, Susan) (Entered: 07/15/2020) |
| 07/15/2020 | 160 | ATTORNEY APPEARANCE: Cristina Laramee Souto appearing for Leslie R. Evans (Laramee Souto, Cristina) (Entered: 07/15/2020) |
| 07/28/2020 | 161 | Consent MOTION to Continue *Trial Date* by Leslie R. Evans. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Taylor, Neil) (Entered: 07/28/2020) |
| 07/29/2020 | 162 | ORDER granting 161 Motion to Continue as to Leslie R. Evans (2).<br><br>Under 18 U.S.C. § 3161(h)(7)(A) and in light of general order CTAO-20-24, signed by Chief Judge Underhill on July 14, 2020 continuing all criminal jury selections and jury trials scheduled before November 2, 2020, the Court concludes that the ends of justice will be served by continuing the date for jury selection, outweighing the best interests of the public and the Defendant in a speedy trial. There are continued, significant public health concerns for prospective jurors, which affects the ability of the Court to obtain an adequate jury pool. Any in-court proceeding could expose counsel and court staff to serious health risks. *See United States v. Lynch*, 726 F.3d 346, 355 (2d Cir. |

| | | |
|---|---|---|
| | | 2013) ("Because the district court had articulated its findings supporting its determination that the ends of justice would be served before granting the continuance, and those findings fulfilled the criteria set out in 3161(h)(7)(B), the district court complied with Zedner." (citing Zedner v. United States, 547 U.S. 489, 491 (2006) (express Speedy Trial Act findings must be put on the record)). Furthermore, Mr. Evans has recently retained new counseel, the Court concludes that denying this continuance would deny reasonable time necessary for defense counsel to investigate the charges and prepare a defense.<br><br>Accordingly, jury selection will be scheduled for April 5, 2021. The Court orders the period from September 8, 2020 to April 5, 2021 be excluded from speedy trial calculations.<br><br>Signed by Judge Victor A. Bolden on 7/29/2020. (Garcia, A.) (Entered: 07/29/2020) |
| 07/30/2020 | 163 | NOTICE OF E-FILED CALENDAR as to Leslie R. Evans: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. *RESET FROM 9/8/2020* Jury Selection set for 4/5/2021 09:00 AM in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden (Perez, J.) (Entered: 07/30/2020) |
| 10/05/2020 | 164 | MOTION Sponsoring Attorney to be Excused from Proceedings by Leslie R. Evans. (Gulash, John) (Entered: 10/05/2020) |
| 10/06/2020 | 165 | ORDER granting 164 Motion for Sponsoring Attorney to Be Excused from Proceedings as to Leslie R. Evans (2). Signed by Judge Victor A. Bolden on 10/06/2020. (Millat, C.) (Entered: 10/06/2020) |
| 11/20/2020 | 166 | USM Return of Service on Arrest Warrant executed as to Maria Matthews on 9/4/2018 (Reis, Julia) (Entered: 11/20/2020) |
| 01/07/2021 | 167 | Joint MOTION to Continue *Trial Date* by Leslie R. Evans. (Attachments: # 1 Exhibit A)(Taylor, Neil) (Entered: 01/07/2021) |
| 01/11/2021 | 168 | ORDER granting 167 Motion to Continue as to Leslie R. Evans (2). The Court concludes that under 18 U.S.C. § 3161(h)(7)(A), the ends of justice will be served by continuing the date for jury selection, outweighing the best interests of the public and Defendant in a speedy trial. *See United States v. Lynch*, 726 F.3d 346, 355 (2d Cir. 2013) ("Because the district court had articulated its findings supporting its determination that the ends of justice would be served before granting the continuance, and those findings fulfilled the criteria set out in § 3161(h)(7)(B), the district court complied with *Zedner*.") (citing *Zedner v. United States*, 547 U.S. 489, 491 (2006) (express Speedy Trial Act findings must be put on the record)). The reasons set forth in the parties' joint motion, including but not limited to that several witnesses are unavailable as a result of the ongoing COVID-19 pandemic, *see* ECF No. 167 at 3, weigh in favor of continuing the date for jury selection. Therefore, under 18 U.S.C. § 3161(h)(7)(B), given the concerns articulated by the parties, as well as the ongoing nature of the COVID-19 pandemic, the Court finds it appropriate to continue jury selection and trial. Mr. Evans has also provided a Speedy Trial Act waiver. *See* ECF No. 167-1.<br><br>Accordingly, jury selection is continued until **October 4, 2021**. The Court orders that the time period from April 5, 2021 through October 4, 2021 be excluded from Speedy Trial Act calculations. Signed by Judge Victor A. Bolden on 1/8/2021. (Millat, C.) |

| | | |
|---|---|---|
| | | (Entered: 01/11/2021) |
| 01/13/2021 | 169 | ENTERED IN ERROR: NOTICE OF E-FILED CALENDAR as to Leslie R. Evans: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. *RESET FROM 4/5/2021* Sentencing set for 10/4/2021 09:00 AM in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden. (Perez, J.) Modified on 1/13/2021 (Perez, J.). (Entered: 01/13/2021) |
| 01/13/2021 | 170 | CORRECTED NOTICE OF E-FILED CALENDAR as to Leslie R. Evans: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. *RESET FROM 4/5/2021* Jury Selection set for 10/4/2021 09:00 AM in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden. (Perez, J.) (Entered: 01/13/2021) |
| 03/25/2021 | 171 | MOTION to Quash Subpoena by David Derrico as to Leslie R. Evans. (Imbriani, Susan) (Entered: 03/26/2021) |
| 03/27/2021 | 172 | Set/Reset Deadlines re Motion or Report and Recommendation in case as to Leslie R. Evans 171 MOTION to Quash. Responses due by 4/16/2021. (Millat, C.) (Entered: 03/27/2021) |
| 04/14/2021 | 173 | Memorandum in Opposition by Leslie R. Evans re 171 MOTION to Quash (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Taylor, Neil) (Entered: 04/14/2021) |
| 04/23/2021 | 174 | NOTICE OF E-FILED CALENDAR as to Leslie R. Evans: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Scheduling Conference set for 5/10/2021 03:00 PM before Judge Victor A. Bolden. Zoom meeting information to follow. (Perez, J.) (Entered: 04/23/2021) |
| 04/26/2021 | 175 | MOTION for Susan L. Wines to Withdraw as Attorney by USA as to Robert V. Matthews, Leslie R. Evans, Maria Matthews. (Wines, Susan) (Entered: 04/26/2021) |
| 04/27/2021 | 176 | ORDER granting 175 Motion to Withdraw as Attorney. Susan Wines withdrawn from case. Signed by Judge Victor A. Bolden on 04/27/2021. (Millat, C.) (Entered: 04/27/2021) |
| 05/06/2021 | | NOTICE regarding hearing via Zoom as to Leslie R. Evans: The Scheduling Conference set for 5/10/2021 03:00 PM before Judge Victor A. Bolden will be conducted via Zoom.The public may join by video conference through the Zoom application at https://www.zoomgov.com/j/1607500619?pwd=U1Z2eGpUN1o2V0NYVTR5eUhwRjd6dz09. The public may also access the proceedings by telephone at 1-646-828-7666.<br><br>Meeting ID: 160 750 0619<br><br>Meeting Password: 565611<br><br>Please note: Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, screenshots, streaming, and rebroadcasting in any form, of court proceedings. The Judicial Conference of the United States, which governs the practices of the federal courts, has prohibited it. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future |

| | | |
|---|---|---|
| | | hearings, or any other sanctions deemed necessary by the court. (Perez, J.) (Entered: 05/06/2021) |
| 05/10/2021 | 177 | Minute Entry for proceedings held before Judge Victor A. Bolden:Scheduling Conference via Zoom as to Leslie R. Evans held on 5/10/2021. Jury Selection set for 4/4/2022 08:30 AM in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden. Proposed pretrial schedule due by 5/14/2021. Total time: 10 minutes(Court Reporter S. Montini.)(Perez, J.) (Entered: 05/11/2021) |
| 05/14/2021 | 178 | ORDER as to Leslie R. Evans. Under 18 U.S.C. 3161(h)(7)(A), and for the reasons discussed during the parties' May 10, 2021 telephonic status conference, the Court concludes that the ends of justice will be served by continuing the date for jury selection, outweighing the best interests of the public and the Defendant in a speedy trial. Under 18 U.S.C. 3161(h)(7)(B)(i) and (ii), given the need to prepare an adequate defense, the Court finds it necessary to continue jury selection and trial. *See United States v. Lynch*, 726 F.3d 346, 355 (2d Cir. 2013) ("Because the district court had articulated its findings supporting its determination that the ends of justice would be served before granting the continuance, and those findings fulfilled the criteria set out in § 3161(h)(7)(B), the district court complied with *Zedner*.") (citing *Zedner v. United States*, 547 U.S. 489, 491 (2006) (express Speedy Trial Act findings must be put on the record)). Accordingly, jury selection will be rescheduled for **April 4, 2022**. The Court orders that the period of time from October 4, 2021 to April 4, 2022 be excluded from calculations under the Speedy Trial Act. Signed by Judge Victor A. Bolden on 05/14/2021. (Millat, C.) (Entered: 05/14/2021) |
| 05/14/2021 | 179 | Consent MOTION to Adopt *Scheduling Order* by Leslie R. Evans. (Attachments: # 1 Text of Proposed Order)(Taylor, Neil) (Entered: 05/14/2021) |
| 05/17/2021 | 180 | ORDER granting 179 Motion to Adopt as to Leslie R. Evans (2). Signed by Judge Victor A. Bolden on 05/17/2021. (Millat, C.) (Entered: 05/17/2021) |
| 11/10/2021 | 181 | NOTICE OF E-FILED CALENDAR as to Leslie R. Evans: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Pretrial Conference set for 3/28/2022 11:00 AM in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden. Jury Selection set for 4/4/2022 09:00 AM in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden. (Perez, J.) (Entered: 11/10/2021) |
| 12/06/2021 | 182 | NOTICE OF E-FILED CALENDAR as to Leslie R. Evans: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Status Conference set for 12/8/2021 01:00 PM before Judge Victor A. Bolden. Zoom meeting information to follow. (Perez, J.) (Entered: 12/06/2021) |
| 12/06/2021 | | NOTICE regarding hearing via Zoom as to Leslie R. Evans: The Status Conference scheduled for 12/8/2021 at 1:00 PM will be conducted via Zoom. The public may join by video conference through the Zoom application at https://www.zoomgov.com/j/1606958597?pwd=VzZMZTdRRWtuMERjVWtZYzY3aXdKdz09. The public may also access the proceedings by telephone at 1-646-828-7666. Meeting ID: 160 695 8597 Meeting Password: 217879 |

| | | Please note: Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, screenshots, streaming, and rebroadcasting in any form, of court proceedings. The Judicial Conference of the United States, which governs the practices of the federal courts, has prohibited it. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the court. (Perez, J.) (Entered: 12/06/2021) |
|---|---|---|
| 12/08/2021 | 183 | Minute Entry for proceedings held before Judge Victor A. Bolden: Status Conference as to Leslie R. Evans held on 12/8/2021 via Zoom. Total time: 22 minutes(Court Reporter S. Montini.)(Perez, J.) (Entered: 12/08/2021) |
| 12/09/2021 | 184 | ORDER as to Leslie R. Evans. The parties shall, by **December 22, 2021**, submit a status report to the Court regarding the trial schedule, and whether issues raised by the Government regarding the possible unavailability of some witnesses given possible COVID-19 travel restrictions, have been resolved. Signed by Judge Victor A. Bolden on 12/09/21. (Dalton, A.) (Entered: 12/09/2021) |
| 12/21/2021 | 185 | RESPONSE/REPLY by USA as to Leslie R. Evans re 184 Order, *Status Update* (Pierpont, John) (Entered: 12/21/2021) |
| 12/22/2021 | 186 | ORDER as to Leslie R. Evans. In light of the status updated filed by the Government, ECF No. 185 , the Court chooses not to continue the jury selection date at this time, although any developments regarding the impact of COVID-19 on safely conducting a trial will be monitored closely. Signed by Judge Victor A. Bolden on 12/22/2021. (Dalton, A.) (Entered: 12/22/2021) |
| 02/22/2022 | 187 | Joint MOTION to Continue by USA as to Leslie R. Evans. (Attachments: # 1 Exhibit Defendant's Waiver, # 2 Text of Proposed Order)(Pierpont, John) (Entered: 02/22/2022) |
| 02/23/2022 | 188 | ORDER granting 187 Motion to Continue as to Leslie R. Evans (2). The Court grants the motion to continue jury selection and trial under 18 U.S.C. Section 3161(h)(2) (excluding from speedy trial act computation "[a]ny period of delay during which prosecution is deferred by the attorney for the Government pursuant to written agreement with the defendant, with the approval of the court, for the purpose of allowing the defendant to demonstrate his good conduct"), in connection with the Defendant's participation in a Pretrial Diversion Program, under the terms specified in the motion, ECF No. 187. In deciding this motion, the Court considered, among other things, the Defendant's signed Pretrial Diversion Waiver, acknowledging his understanding and acceptance of the terms of both the motion for a continuance, and the requirements of the Pretrial Diversion Program.<br><br>The Court further respectfully requests that the Clerk of Court transmit a copy of this Order to the United States Probation Office.<br><br>Signed by Judge Victor A. Bolden on 2/23/2022. (Dalton, A.) (Entered: 02/23/2022) |
| 02/23/2022 | | CANCELLATION NOTICE as to Leslie Evans. Consistent with the Court's order, ECF No. 188, the pretrial conference set for 3/28/2022 and jury selection set for 4/4/2022 are **CANCELLED**. (Dalton, A.) (Entered: 02/23/2022) |

| 07/26/2022 | 189 | ORDER OF REFERRAL TO PROBATION FOR PRESENTENCE INVESTIGATION AND REPORT as to Robert V. Matthews. First Disclosure-PSI due 10/10/2022. Objections Due 10/24/2022. 2nd-Disclosure PSI due 11/3/2022. Sentencing Memorandum due 11/7/2022. Response due 11/14/2022. Reply date 11/17/2022. Sentencing set for 11/21/2022 10:00 AM in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden. Signed by Judge Victor A. Bolden on 7/26/2022. (Murphy, Tatihana) (Entered: 07/26/2022) |
| --- | --- | --- |
| 10/03/2022 | 190 | Consent MOTION to Continue *Sentencing* by Robert V. Matthews. (Ring, David) (Entered: 10/03/2022) |
| 10/04/2022 | 191 | MOTION for Michael J. Gustafson to Withdraw as Attorney by USA as to Robert V. Matthews. (Leaming, Brian) (Entered: 10/04/2022) |
| 10/04/2022 | 192 | ORDER granting 190 Motion to Continue as to Robert V. Matthews (1). New sentencing date and deadlines to follow. Signed by Judge Victor A. Bolden on 10/4/2022. (Bartlett, H.) (Entered: 10/04/2022) |
| 10/04/2022 | 193 | ORDER OF REFERRAL TO PROBATION FOR PRESENTENCE INVESTIGATION AND REPORT as to Robert V. Matthews. First Disclosure-PSI due 12/15/2022 Objections Due 12/29/2022 2nd-Disclosure PSI due 1/8/2023 Sentencing Memorandum due 1/12/2023 Response due 1/22/2023 Sentencing set for **1/26/2023 at 10:00 AM** in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden Signed by Judge Victor A. Bolden on 10/4/2022. (Bartlett, H.) (Entered: 10/04/2022) |
| 10/04/2022 | 194 | NOTICE OF E-FILED CALENDAR as to Robert V. Matthews: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. *RESET FROM 11/21/2022* Sentencing set for 1/26/2023 at 10:00 AM in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden (Bartlett, H.) (Entered: 10/04/2022) |
| 10/05/2022 | 195 | ORDER granting 191 Motion to Withdraw as Attorney. Michael J. Gustafson withdrawn from case. Signed by Judge Victor A. Bolden on 10/5/2022. (Bartlett, H.) (Entered: 10/05/2022) |
| 12/09/2022 | 196 | Second MOTION to Continue *Sentencing* by Robert V. Matthews. (Ring, David) (Entered: 12/09/2022) |
| 12/10/2022 | 197 | ORDER granting 196 Motion to Continue as to Robert V. Matthews (1). The Court **GRANTS** the motion to continue. New sentencing date and deadlines to follow. Signed by Judge Victor A. Bolden on 12/10/2022. (Bartlett, H) (Entered: 12/10/2022) |
| 12/10/2022 | 198 | ORDER OF REFERRAL TO PROBATION FOR PRESENTENCE INVESTIGATION AND REPORT as to Robert V. Matthews. First Disclosure-PSI due 1/23/2023 Objections Due 2/6/2023 2nd-Disclosure PSI due 2/16/2023 Sentencing Memorandum due 2/20/2023 Response due 2/27/2023 Sentencing set for **3/6/2023 at 10:00 AM** in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden Signed by Judge Victor A. Bolden on 12/10/2022. (Bartlett, H) (Entered: 12/10/2022) |

| 12/10/2022 | 199 | NOTICE OF E-FILED CALENDAR as to Robert V. Matthews: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. *RESET FROM 1/26/2023* Sentencing set for 3/6/2023 at 10:00 AM in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden (Bartlett, H) (Entered: 12/10/2022) |
|---|---|---|
| 01/17/2023 | 200 | Third MOTION to Continue *Sentencing* by Robert V. Matthews. (Ring, David) (Entered: 01/17/2023) |
| 01/18/2023 | 201 | ORDER granting 200 Motion to Continue as to Robert V. Matthews (1). The Court **GRANTS** the motion to continue sentencing. New sentencing date and deadlines to follow. Signed by Judge Victor A. Bolden on 1/18/2023. (Bartlett, H) (Entered: 01/18/2023) |
| 01/18/2023 | 202 | ORDER OF REFERRAL TO PROBATION FOR PRESENTENCE INVESTIGATION AND REPORT as to Robert V. Matthews. First Disclosure-PSI due 3/2/2023; Objections Due 3/16/2023; 2nd-Disclosure PSI due 3/26/2023; Sentencing Memorandum due 3/30/2023; Response due 4/6/2023; Sentencing set for **4/13/2023 at 10:00 AM** in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden<br>Signed by Judge Victor A. Bolden on 1/18/2023. (Bartlett, H) (Entered: 01/18/2023) |
| 01/18/2023 | 203 | NOTICE OF E-FILED CALENDAR as to Robert V. Matthews: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. *RESET FROM 3/6/2023* Sentencing set for 4/13/2023 at 10:00 AM in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden (Bartlett, H) (Entered: 01/18/2023) |
| 03/02/2023 | 204 | PRESENTENCE INVESTIGATION REPORT (Draft Report) *(SEALED - government and defense counsel)* as to Robert V. Matthews. (available to USA, Robert V. Matthews) (Attachments: # 1 Financial Statement)(Nagy, M.) (Entered: 03/02/2023) |
| 03/14/2023 | 205 | Joint MOTION to Continue *Sentencing and Associated Deadlines* by USA as to Robert V. Matthews. (Pierpont, John) (Entered: 03/14/2023) |
| 03/15/2023 | 206 | ORDER granting 205 Motion to Continue as to Robert V. Matthews (1). The Court **GRANTS** the motion to continue sentencing. New sentencing date and deadlines to follow. Signed by Judge Victor A. Bolden on 3/15/2023. (Bartlett, H) (Entered: 03/15/2023) |
| 03/15/2023 | 207 | ORDER OF REFERRAL TO PROBATION FOR PRESENTENCE INVESTIGATION AND REPORT as to Robert V. Matthews. Objections Due 5/18/2023 2nd-Disclosure PSI due 5/28/2023 Sentencing Memorandum due 6/1/2023 Response due 6/8/2023 Sentencing set for 6/15/2023 at 10:00 AM in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden<br>Signed by Judge Victor A. Bolden on 3/15/2023. (Bartlett, H) (Entered: 03/15/2023) |

| 03/15/2023 | 208 | NOTICE OF E-FILED CALENDAR as to Robert V. Matthews: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. *RESET FROM 4/13/2023* Sentencing set for 6/15/2023 at 10:00 AM in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden (Bartlett, H) (Entered: 03/15/2023) |
|---|---|---|
| 04/18/2023 | 209 | MOTION to Dismiss *the Indictment* by USA as to Leslie R. Evans. (Pierpont, John) (Entered: 04/18/2023) |
| 04/19/2023 | 210 | ORDER granting 209 Motion to Dismiss as to Leslie R. Evans (2). The Court **GRANTS** the motion to dismiss. *See* Fed. R. Crim. P. 48(a) ("The government may, with leave of court, dismiss an indictment, information, or complaint."); *see also United States v. HSBC Bank USA, N.A.*, 863 F.3d 125, 141 (2d Cir. 2017) ("[A]ny authority a court might have to deny a Rule 48(a) motion would be limited to cases in which dismissal is clearly contrary to manifest public interest." (citations and quotation marks omitted)). Signed by Judge Victor A. Bolden on 4/19/2023. (Bartlett, H) (Entered: 04/19/2023) |
| 04/19/2023 | 211 | DISMISSAL OF COUNTS as to Leslie R. Evans. (Murphy, Tatihana) (Entered: 05/08/2023) |
| 05/26/2023 | 212 | PRESENTENCE INVESTIGATION REPORT (Final Report) *(SEALED - government and defense counsel)* as to Robert V. Matthews. (available to USA, Robert V. Matthews) (Attachments: # 1 Addendum, # 2 Objection Letter, # 3 Objection Letter, # 4 Financial Statements)(Murphy, Michelle) (Entered: 05/26/2023) |
| 05/26/2023 | 213 | Sealed Sentencing Recommendation: as to Robert V. Matthews (Murphy, Michelle) (Entered: 05/26/2023) |
| 05/31/2023 | 214 | Consent MOTION to Continue *Sentencing* by Robert V. Matthews. (Ring, David) (Entered: 05/31/2023) |
| 06/01/2023 | 215 | ORDER granting 214 Motion to Continue as to Robert V. Matthews (1). The Court **GRANTS** the motion to continue sentencing. New sentencing date and deadlines to follow. Signed by Judge Victor A. Bolden on 6/1/2023. (Bartlett, H) (Entered: 06/01/2023) |
| 06/01/2023 | 216 | NOTICE OF E-FILED CALENDAR as to Robert V. Matthews: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. *RESET FROM 6/15/2023* Sentencing set for 7/31/2023 at 11:00 AM in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden (Bartlett, H) (Entered: 06/01/2023) |
| 06/01/2023 | 217 | ORDER OF REFERRAL TO PROBATION FOR PRESENTENCE INVESTIGATION AND REPORT as to Robert V. Matthews. Sentencing Memorandum due 7/17/2023; Response due 7/24/2023. Sentencing set for 7/31/2023 at 11:00 AM in Courtroom Two, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden<br>Signed by Judge Victor A. Bolden on 6/1/2023. (Bartlett, H) (Entered: 06/01/2023) |
| 07/17/2023 | 218 | SENTENCING MEMORANDUM by Robert V. Matthews (Ring, David) (Entered: 07/17/2023) |

| 07/20/2023 | 219 | ENTERED IN ERROR: SECOND ADDENDUM TO THE PRESENTENCE INVESTIGATION REPORT (Supplement) *(SEALED - government and defense counsel)* as to Robert V. Matthews. (available to USA, Robert V. Matthews) (Deniz, Angelica) Modified on 7/20/2023 to indicate entry was in error. PDF is for another case (Ruocco, M.). (Entered: 07/20/2023) |
|---|---|---|
| 07/20/2023 | 220 | SECOND ADDENDUM TO THE PRESENTENCE INVESTIGATION REPORT (Supplement) *(SEALED - government and defense counsel)* as to Robert V. Matthews. (available to USA, Robert V. Matthews) (Deniz, Angelica) (Entered: 07/20/2023) |
| 07/24/2023 | 221 | SENTENCING MEMORANDUM by USA as to Robert V. Matthews (Attachments: # 1 Exhibit A)(Pierpont, John) (Entered: 07/24/2023) |
| 07/25/2023 | 222 | NOTICE OF E-FILED CALENDAR as to Robert V. Matthews: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. *RESET FROM 11:00AM* Sentencing set for 7/31/2023 at 12:00 PM in Courtroom One, 915 Lafayette Blvd., Bridgeport, CT before Judge Victor A. Bolden. (Murphy, Tatihana) (Entered: 07/25/2023) |
| 07/31/2023 | 224 | ORAL MOTION for self-surrender by Robert V. Matthews. (Gould, K.) (Entered: 08/02/2023) |
| 07/31/2023 | 225 | ORAL MOTION for Acceptance of Responsibility, ORAL MOTION to Dismiss remaining counts and the original indictment by USA as to Robert V. Matthews. (Gould, K.) (Entered: 08/02/2023) |
| 07/31/2023 | 226 | Minute Entry for proceedings held before Judge Victor A. Bolden: granting 224 ORAL Motion for self-surrender as to Robert V. Matthews (1); granting 225 ORAL Motion for Acceptance of Responsibility as to Robert V. Matthews (1); granting 225 ORAL Motion to Dismiss remaining counts as to Robert V. Matthews (1); Motion Hearing as to Robert V. Matthews held on 7/31/2023 re 224 ORAL MOTION for self-surrender by Robert V. Matthews, 225 ORAL MOTION for Acceptance of Responsibility; ORAL MOTION to Dismiss remaining counts by USA; Sentencing as to Robert V. Matthews held on 7/31/2023. Total Time: 1 hours and 24 minutes(Court Reporter Sharon Montini.) (Gould, K.) Modified Judge on 8/2/2023 (Murphy, Tatihana). (Entered: 08/02/2023) |
| 08/01/2023 | 223 | PRESENTENCE INVESTIGATION REPORT (Revised) *(SEALED - government and defense counsel)* as to Robert V. Matthews. (available to USA, Robert V. Matthews) (Nagy, M.) (Entered: 08/01/2023) |
| 08/02/2023 | 227 | Statement of Reasons *(SEALED - government and defense counsel)* as to Robert V. Matthews. (available to USA, Robert V. Matthews) (Nagy, M.) (Entered: 08/02/2023) |
| 08/03/2023 | 228 | JUDGMENT as to Robert V. Matthews (1), Counts 1-8, 10, 11-20, 11s, 13s-16s, 17s-20s, 1s-8s, 9, 9s, Dismissed on oral motion by the government; Counts 10s and 12s, Defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total of 65 months; supervised release for a total term of 3 years; and a special assessment of $100.00 shall be paid immediately; Count 21s, Defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total of 40 months; supervised release for a total term of 3 years; and a special assessment of $100.00 shall be paid immediately. Counts 12s and 21s to run concurrent with time of imprisonment and supervised release imposed on Count 10s. Signed by Judge Victor A. Bolden on 8/3/2023. (Murphy, Tatihana) (Entered: |

| | | |
|---|---|---|
| | | 08/03/2023) |
| 08/03/2023 | 229 | DISMISSAL OF COUNTS as to Robert V. Matthews. (Murphy, Tatihana) (Entered: 08/03/2023) |
| 08/03/2023 | | JUDICIAL PROCEEDINGS SURVEY - FOR COUNSEL ONLY: The following link to the confidential survey requires you to log into CM/ECF for SECURITY purposes. Once in CM/ECF you will be prompted for the case number. Although you are receiving this survey through CM/ECF, it is hosted on an independent website called SurveyMonkey. Once in SurveyMonkey, the survey is located in a secure account. The survey is not docketed and it is not sent directly to the judge. To ensure anonymity, completed surveys are held up to 90 days before they are sent to the judge for review. We hope you will take this opportunity to participate, please click on this link:<br><br>https://ecf.ctd.uscourts.gov/cgi-bin/Dispatch.pl?crsurvey<br>(Murphy, Tatihana) (Entered: 08/03/2023) |
| 10/03/2023 | 230 | TRANSCRIPT of Proceedings: as to Robert V. Matthews Type of Hearing: Sentencing Hearing. Held on 7/31/2023 before Judge Victor A. Bolden. Court Reporter: Sharon Montini. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 10/24/2023. Redacted Transcript Deadline set for 11/3/2023. Release of Transcript Restriction set for 1/1/2024. (Montini, S.) (Entered: 10/03/2023) |
| 10/03/2023 | 231 | Consent MOTION to Continue *Surrender Date* by Robert V. Matthews. (Ring, David) (Entered: 10/03/2023) |
| 10/04/2023 | 232 | ORDER granting 231 Motion to Continue as to Robert V. Matthews (1). The Court **GRANTS** the motion to continue surrender date until **November 27, 2023**. Signed by Judge Victor A. Bolden on 10/4/23. (Chan, A.) (Entered: 10/04/2023) |
| 10/30/2024 | 233 | ORDER OF REFERRAL TO PROBATION FOR PRESENTENCE INVESTIGATION AND REPORT as to Maria Matthews. First Disclosure-PSI due 1/8/2025, Objections due 1/22/2025, 2nd-Disclosure PSI due 2/1/2025, Defendants Sentencing Memorandum due 2/5/2025, Governments Sentencing Memorandum due 2/12/2025, and Responses due 2/15/2025. Sentencing set for 2/19/2025 at 01:00 PM in Courtroom Two, 141 Church St., New Haven, CT before Judge Victor A. Bolden. Signed by Judge Victor A. Bolden on 10/30/2024. (Murphy, T) (Entered: 10/30/2024) |
| 11/19/2024 | 234 | MOTION to Continue *Sentencing Deadlines and Date of Sentencing* by Maria Matthews. (Attachments: # 1 Text of Proposed Order)(Spears, Brian) (Entered: 11/19/2024) |
| 11/20/2024 | 235 | ORDER granting 234 Motion to Continue as to Maria Matthews (3). The Court **GRANTS** the motion to continue sentencing, and adopts the following amended sentencing schedule: |

| | | |
|---|---|---|
| | | - Draft presentence report due **March 10, 2025**<br>- Objections to the presentence report due **March 24, 2025**<br>- Final presentence report due **April 2, 2025**<br>- Defendant's sentencing memorandum due **April 7, 2025**<br>- Government's sentencing memorandum due **April 14, 2025**<br>- Responses to the sentencing memoranda due **April 16, 2025**<br>- Sentencing hearing will be held on **April 22, 2025** at 10:00 a.m. in Courtroom Two, 141 Church St., New Haven, CT before Judge Victor A. Bolden.<br><br>Signed by Judge Victor A. Bolden on 11/20/2024. (Cunningham, A) (Entered: 11/20/2024) |
| 11/20/2024 | 236 | SET / RESET SENTENCING SCHEDULING DEADLINE as to Maria Matthews. PSI due 3/10/2025; 2nd PSI due 4/2/2025; Memo in aid of sentencing due 4/7/2025; Government Response due 4/14/2025; Sentencing set for 4/22/2025 at 10:00 AM in Courtroom Two, 141 Church St., New Haven, CT before Judge Victor A. Bolden (Cunningham, A) (Entered: 11/20/2024) |
| 12/05/2024 | 237 | MOTION To Convert CJA Appointment to Retained Counsel by Maria Matthews. (Spears, Brian) (Entered: 12/05/2024) |
| 12/06/2024 | 238 | ORDER granting 237 Motion as to Maria Matthews (3). The Court **GRANTS** the motion to convert the status of counsel from a Criminal Justice Act appointment to retained counsel. Signed by Judge Victor A. Bolden on 12/6/2024. (Cunningham, A) (Entered: 12/06/2024) |
| 03/05/2025 | 239 | Second MOTION to Continue *Sentencing Deadlines and Date of Sentencing (Unopposed)* by Maria Matthews. (Attachments: # 1 Exhibit Text of Proposed Order) (Spears, Brian) (Entered: 03/05/2025) |
| 03/06/2025 | 240 | ORDER granting 239 Motion to Continue as to Maria Matthews (3). The Court **GRANTS** the motion to continue sentencing and related deadlines, and adopts the following amended sentencing schedule:<br><br>- Draft presentence report due **April 9, 2025**<br>- Objections to the presentence report due **April 23, 2025**<br>- Final presentence report due **May 2, 2025**<br>- Defendant's sentencing memorandum due **May 7, 2025**<br>- Government's sentencing memorandum due **May 14, 2025**<br>- Responses to the sentencing memoranda due **May 19, 2025**<br>- Sentencing hearing will be held on **June 5, 2025 at 10:00 a.m.** in Courtroom Two, 141 Church St., New Haven, CT before Judge Victor A. Bolden.<br><br>Signed by Judge Victor A. Bolden on 3/6/2025. (Cunningham, A) (Entered: 03/06/2025) |
| 03/06/2025 | 241 | SET / RESET SENTENCING SCHEDULING DEADLINE as to Maria Matthews. PSI due 4/9/2025; 2nd PSI due 5/2/2025; Memo in aid of sentencing due 5/7/2025; Government Response due 5/14/2025; Sentencing set for 6/5/2025 at 10:00 AM in Courtroom Two, 141 Church St., New Haven, CT before Judge Victor A. Bolden (Cunningham, A) (Entered: 03/06/2025) |

| | | |
|---|---|---|
| 03/24/2025 | 242 | ATTORNEY APPEARANCE: Leslie A. Cahill appearing for Maria Matthews (Cahill, Leslie) (Entered: 03/24/2025) |
| 03/27/2025 | 243 | MOTION for Janna D. Eastwood to Withdraw as Attorney by Maria Matthews. (Eastwood, Janna) (Entered: 03/27/2025) |
| 03/28/2025 | 244 | ORDER granting 243 Motion to Withdraw as Attorney as to Maria Matthews (3). The Court **GRANTS** the motion to withdraw the appearance of Janna D. Eastwood. Signed by Judge Victor A. Bolden on 3/28/2025. (Cunningham, A) (Entered: 03/28/2025) |
| 04/09/2025 | 245 | PRESENTENCE INVESTIGATION REPORT (Draft Report) *(SEALED - government and defense counsel)* as to Maria Matthews. The probation officer has not yet received a completed financial statement. Objections to PSI due 4/23/2025. (available to USA, Maria Matthews) (Sitek, J.) (Entered: 04/09/2025) |
| 04/30/2025 | 246 | MOTION for Extension of Time To File Defendant's Memorandum In Aid of Sentencing until May 15, 2025 by Maria Matthews. (Spears, Brian) (Entered: 04/30/2025) |
| 04/30/2025 | 247 | MOTION to Modify Conditions of Release by Maria Matthews. (Spears, Brian) (Entered: 04/30/2025) |
| 04/30/2025 | 248 | PRESENTENCE INVESTIGATION REPORT (Final Report) *(SEALED - government and defense counsel)* as to Maria Matthews. (available to USA, Maria Matthews) (Attachments: # 1 Addendum, # 2 Defense Objections, # 3 Financial Statement)(Sitek, J.) (Entered: 04/30/2025) |
| 04/30/2025 | 249 | Sealed Sentencing Recommendation: as to Maria Matthews (Sitek, J.) (Entered: 04/30/2025) |
| 05/01/2025 | 250 | ORDER granting 246 Motion for Extension of Time as to Maria Matthews (3). The Court **GRANTS** the motion for an extension of time.<br><br>- Defendant's sentencing memorandum due **May 15, 2025**<br>- Government's sentencing memorandum due **May 22, 2025**<br>- Responses to the sentencing memoranda due **May 28, 2025**<br>- Sentencing hearing will be held on **June 5, 2025 at 10:00 a.m.** in Courtroom Two, 141 Church St., New Haven, CT before Judge Victor A. Bolden.<br><br>Signed by Judge Victor A. Bolden on 5/1/2025. (Cunningham, A) (Entered: 05/01/2025) |
| 05/01/2025 | 251 | ORDER granting 247 Motion to Modify Conditions of Release as to Maria Matthews (3). The Court **GRANTS** the motion to modify the conditions of release, specifically as requested in the underlying motion, ECF No. 247. All other conditions of release not in conflict with this Order shall remain in effect.<br><br>Signed by Judge Victor A. Bolden on 5/1/2025. (Cunningham, A) (Entered: 05/01/2025) |
| 05/07/2025 | 252 | ATTORNEY APPEARANCE: Marc L. Mukasey appearing for Maria Matthews (Mukasey, Marc) (Entered: 05/07/2025) |
| 05/12/2025 | 253 | MOTION for Attorney(s) Torrey K. Young to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC-8165700). (Attachments: # 1 Exhibit A - Affidavit and Certificates of Good Standing)(Mukasey, Marc) (Entered: 05/12/2025) |

| 05/12/2025 | 254 | MOTION for Attorney(s) Michael F. Westfal to be Admitted Pro Hac Vice (paid $200 PHV fee; receipt number ACTDC-8165724). (Attachments: # 1 Exhibit A - Affidavit and Certificate of Good Standing)(Mukasey, Marc) (Entered: 05/12/2025) |
|---|---|---|
| 05/13/2025 | 255 | ORDER granting 253 Motion for Attorney Torrey K. Young to Appear Pro Hac Vice. Signed by Clerk on 5/13/2025. (Freberg, B) (Entered: 05/13/2025) |
| 05/13/2025 | 256 | ORDER granting 254 Motion for Attorney Michael F. Westfal to Appear Pro Hac Vice. Signed by Clerk on 5/13/2025. (Freberg, B) (Entered: 05/13/2025) |
| 05/15/2025 | 257 | ATTORNEY APPEARANCE: Torrey Kaufman Young appearing for Maria Matthews (Young, Torrey) (Entered: 05/15/2025) |
| 05/15/2025 | 258 | ATTORNEY APPEARANCE: Michael F. Westfal appearing for Maria Matthews (Westfal, Michael) (Entered: 05/15/2025) |
| 05/15/2025 | 259 | SENTENCING MEMORANDUM by Maria Matthews (Attachments: # 1 Exhibit A, # 2 Exhibit 1-41)(Spears, Brian) (Entered: 05/15/2025) |
| 05/15/2025 | 260 | Sealed Motion: Defendant's Sealed Motion to Seal (In Part) Defendant's Memorandum in Aid of Sentencing by Maria Matthews - (Spears, Brian) Modified to convert into a motion on 5/16/2025 (Murphy, T). (Entered: 05/15/2025) |
| 05/15/2025 | 261 | Sealed Document: Defendant's Memorandum in Aid of Sentencing by Maria Matthews re 260 Sealed Document - (Spears, Brian) (Entered: 05/15/2025) |
| 05/16/2025 | 262 | ORDER granting 260 Sealed Motion as to Maria Matthews (3). The Court **GRANTS** the motion to seal. The Court finds that good cause exists to seal these documents and that sealing is supported by clear and compelling reasons and is narrowly tailored to serve those reasons. *See* D. Conn. L. Crim. R. 57(b)(3)(A) ("The court may seal a document, or any part of a document, subject to the common-law right of public access only if it makes particularized findings on the record that the presumption of access to the particular document is outweighed by countervailing factors in favor of sealing, such as the danger of impairing law enforcement or judicial efficiency, and privacy interests."). Signed by Judge Victor A. Bolden on 5/16/2025. (Cunningham, A) (Entered: 05/16/2025) |
| 05/22/2025 | 263 | SENTENCING MEMORANDUM by USA as to Maria Matthews (Pierpont, John) (Entered: 05/22/2025) |
| 06/03/2025 | 264 | SENTENCING MEMORANDUM by Maria Matthews (Attachments: # 1 Exhibit 1) (Spears, Brian) (Entered: 06/03/2025) |
| 06/05/2025 | 265 | PRESENTENCE INVESTIGATION REPORT (Supplement- Second Addendum) *(SEALED - government and defense counsel)* as to Maria Matthews. (available to USA, Maria Matthews) (Sitek, J.) (Entered: 06/05/2025) |
| 06/05/2025 | 266 | Oral MOTION for Acceptance of Responsibility, by USA as to Maria Matthews. (Velez, F) (Entered: 06/05/2025) |
| 06/05/2025 | 267 | Minute Entry for proceedings held on 6/5/25 before Judge Victor A. Bolden as to Maria Matthews (3): Motion Hearing granting 266 Oral Motion for Acceptance of Responsibility filed by USA; Sentencing held. The defendant is sentenced to time served; one year of supervised release; the special assessment of $100 is imposed, and |

| | | a fine of $6K is imposed. Total Time: 1 hours and 05 minutes. (Court Reporter Heather Ireland) (Velez, F) Modified on 6/5/2025 to correct typo (Velez, F). (Entered: 06/05/2025) |
|---|---|---|
| 06/05/2025 | 268 | Docket Entry Correction as to Maria Matthews re 267 : corrected typo. (Velez, F) (Entered: 06/05/2025) |
| 06/05/2025 | 269 | JUDGMENT as to Maria Matthews (3): The Defendant is hereby sentenced to time served with one year of supervised release as to Count 21s. The special assessment of $100.00 shall be paid immediately; a fine of $6,000.00 is imposed. Restitution Order due by 9/3/2025 or as needed. <br> Signed by Judge Victor A. Bolden on 6/5/25. (Velez, F) (Entered: 06/05/2025) |
| 06/06/2025 | 270 | Statement of Reasons *(SEALED - government and defense counsel)* as to Maria Matthews. (available to USA, Maria Matthews) (Nagy, M.) (Entered: 06/06/2025) |
| 06/11/2025 | 271 | TRANSCRIPT of Proceedings: as to Maria Matthews Type of Hearing: Sentencing. Held on 6/5/25 before Judge Victor A. Bolden. Court Reporter: Heather Ireland. **IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS:** To remove personal identifier information from the transcript, a party must electronically file a Notice of Intent to Request Redaction with the Clerk's Office within seven (7) calendar days of this date. If no such Notice is filed, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available through PACER without redaction 90 days from today's date. The transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. The policy governing the redaction of personal information is located on the court website at www.ctd.uscourts.gov. Redaction Request due 7/2/2025. Redacted Transcript Deadline set for 7/14/2025. Release of Transcript Restriction set for 9/9/2025. (Ireland, Heather) (Entered: 06/11/2025) |

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Grand Jury N-18-2

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO.   3:18-CR-48 (VAB) |
| v. | VIOLATION: |
| | 18 U.S.C. § 1343 (Wire Fraud) |
| ROBERT V. MATTHEWS, | 18 U.S.C. § 1344 (Bank Fraud) |
| LESLIE R. EVANS, and | 18 U.S.C. § 1349 (Conspiracy) |
| MARIA MATTHEWS, | 18 U.S.C. § 1957 (Illegal Monetary Transactions) |
| also known as "Mia Matthews" | 26 U.S.C. § 7201 (Tax Evasion) |
| | 18 U.S.C. § 2 (Aiding and Abetting) |

SUPERSEDING INDICTMENT

The Grand Jury charges:

COUNTS ONE THROUGH EIGHT
(R. MATTHEWS and EVANS)
(Wire Fraud)

At all times relevant to this Indictment:

The Defendants

1.     Defendant ROBERT V. MATTHEWS ("R. MATTHEWS") was a real estate developer and maintained personal residences in Connecticut and Florida.

2.     Defendant LESLIE R. EVANS ("EVANS") was a real estate attorney and a resident of Florida.

3.     Defendant MARIA MATTHEWS, also known as Mia Matthews ("M. MATTHEWS"), was married to R. MATTHEWS.   M. MATTHEWS was an actress and maintained personal residences in Connecticut and Florida with R. MATTHEWS.

1

Case 3:18-cr-00046-VAB Document 39 Filed 03/29/18 Page 2 of 13

## Other Relevant Individuals and Entities

4.     Nicholas Laudano ("Laudano"), who is charged separately, was a construction contractor who worked as a contractor for the Palm House Hotel in Palm Beach, Florida. Laudano also operated multiple pizza restaurants in Florida and Connecticut. Laudano controlled a number of entities, including New Haven Contracting South Inc., NJL Development Group, LLC, NJL Development Group Inc., and NJL Investments.

5.     Gerry Matthews ("G. Matthews"), who is charged separately, owned and operated a commercial real estate brokerage firm in Connecticut known as Matthews Commercial Properties, LLC ("MCP"). G. Matthews maintained a savings account for MCP at Webster Bank in Connecticut (the "MCP savings account"). G. Matthews is the brother of R. MATTHEWS.

## EB-5 Funding

6.     The EB-5 visa program ("EB-5 program") was a federal program by which foreign nationals and their families were eligible to apply for lawful permanent resident status (commonly known as a "green card") if they invested in a development project in the United States.

7.     The particulars of the EB-5 program varied by project and location, but relevant to this Indictment, an investor was entitled to apply for a green card if, among other requirements, (1) the investor made a $500,000 investment in a development project in the United States and (2) that project ultimately employed ten or more individuals.

8.     Various entities in the United States acted as middlemen between potential foreign investors and investment projects. South Atlantic Regional Center, LLC ("SARC") was one such entity based in Palm Beach, Florida.

Case 3:18-cr-00048-VAB Document 39 Filed 08/29/18 Page 3 of 13

9.      SARC's primary function was to advertise EB-5 projects to foreign investors, collect funds from foreign investors that were earmarked for certain development projects, and make that funding available to the respective development project.

### The Palm House Hotel

10.      The Palm House Hotel ("PHH") was located at 160 Royal Palm Way, Palm Beach, Florida.

11.      The PHH was one development project advertised by SARC to EB-5 investors in or around 2012 through in or around 2014.

12.      R. MATTHEWS was the developer in charge of the PHH development project.

13.      R. MATTHEWS had a lengthy history with the PHH.   He originally purchased the property in August 2006.   R. MATTHEWS lost the PHH in foreclosure in 2009.   In August 2013, R. MATTHEWS reacquired control of the PHH through an entity called Palm House, LLC.   G. Matthews, however, was listed as owning 99% of Palm House, LLC in its incorporation documents.   "Minority Owner-1," whose identity is known to the Grand Jury, had secured additional financing for R. MATTHEWS and owned the remaining 1%.

14.      Laudano continuously worked on the development and construction of the PHH as a contractor beginning in or around 2006 through in or around 2016.

### The Wire Fraud Scheme

15.      Beginning in or around 2012 and continuing through in or around January 2018, in the District of Connecticut and elsewhere, R. MATTHEWS, EVANS, and others known and unknown to the Grand Jury, knowingly and with intent to defraud, devised and intended to devise, and participated in, a scheme and artifice to defraud and obtain money and property from SARC,

3

EB-5 investors, and others by means of materially false and fraudulent pretenses, representations and promises, and in furtherance of that scheme used and caused to be used interstate wires.

16. The purpose of the scheme and artifice was for R. MATTHEWS, EVANS, and others known and unknown to the Grand Jury to enrich themselves and their companies by defrauding the EB-5 investors, SARC, and others out of money and property owned by and under the control of the EB-5 investors, SARC, and others by means of materially false and fraudulent pretenses, representations, and promises.

<u>Manner and Means of the Wire Fraud Scheme</u>

The manner and means by which R. MATTHEWS, EVANS, their co-conspirators, agents, and others known and unknown to the Grand Jury sought to accomplish and did accomplish the objects of the wire fraud scheme included, among others, the following:

17. R. MATTHEWS, EVANS, their co-conspirators, agents, and others made several material misrepresentations to SARC, prospective EB-5 investors, and/or Minority Owner-1, including that (i) the proceeds of the investment from EB-5 investors would be used to develop the PHH; (ii) certain well-known individuals would be on the PHH advisory board and certain well-known entertainers, businesspeople, and politicians "will be a part of the club"; and (iii) G. Matthews was a member of the Palm House, LLC management team and was the 99% owner of Palm House, LLC.

18. Despite those misrepresentations to the contrary, in truth, and as R. MATTHEWS and EVANS well knew, (i) R. MATTHEWS, EVANS, their co-conspirators, agents, and others used EB-5 funding for purposes not related to the PHH project, including for the personal gain of R. MATTHEWS and others; (ii) none of the proffered well-known individuals would be on the

Case 3:18-cr-00048-VAB Document 39 Filed 08/29/18 Page 5 of 13

PHH advisory board or would be members of the club; and (iii) while G. Matthews was the nominal 99% owner of Palm House, LLC, R. MATTHEWS controlled that company and it belonged to G. Matthews in name only.

19.     EB-5 investors invested in the PHH project by providing money to accounts controlled by SARC.   SARC, in turn, provided EB-5 money earmarked for use at the PHH either (1) into an account in the name of 160 Royal Palm LLC at Regions Bank in Florida that was controlled by R. MATTHEWS, EVANS, and their agents ("160 Royal Palm Account") or (2) into EVANS' Interest on Trust Account that was used to maintain his clients' funds at First United Bank in Florida (the "EVANS IOTA Account").

20.     To use EB-5 funding for purposes not related to the PHH project, including for their own personal gain and the gain of others, R. MATTHEWS, EVANS, their co-conspirators, agents, and others wired EB-5 funds from the 160 Royal Palm Account and the EVANS IOTA Account into and through various accounts, including the following:

      a.     G. Matthews' MCP Savings account located in Connecticut;

      b.     An account at First Bank of the Palm Beaches in Florida in the name of New Haven Contracting South, which account was controlled by Laudano (the "NHCS First Bank Account");

      c.     An account at Regions Bank in Florida in the name of New Haven Contracting South, which account was controlled by Laudano (the "NHCS Regions Account");

d.      An account at First Bank of the Palm Beaches in Florida in the name of NJL Development LLC, which account was controlled by Laudano (the "NJL Development First Bank Account");

e.      An account at Wells Fargo in Florida in the name of NJL Development Group, Inc., which account was controlled by Laudano (the "NJL Development Wells Fargo Account");

f.      An account at Regions Bank in Florida in the name of Bonaventure 22 LLC, which account was controlled by R. MATTHEWS and M. MATTHEWS (the "Bonaventure Regions Account"); and

g.      An account at Regions Bank in Florida in the name of Mirabia LLC, which account was controlled by R. MATTHEWS and M. MATTHEWS (the "Mirabia Regions Account").

21.     G. Matthews, acting at R. MATTHEWS' direction, used the diverted EB-5 funds in G. Matthews' MCP Savings account for the benefit of R. MATTHEWS and G. MATTHEWS, including by paying the credit card debts of R. MATTHEWS and M. MATTHEWS and moving the money into other accounts controlled by R. MATTHEWS and M. MATTHEWS.

22.     In or around February 2014 and April 2014, R. MATTHEWS, EVANS, their co-conspirators, agents, and others purchased the property located at 115 Lower Church Hill Road, Washington Depot, Connecticut out of a foreclosure auction with EB-5 money diverted from the PHH project by using a straw company, NJL Development Group, LLC, which was under the control of Laudano.

23.     R. MATTHEWS and M. MATTHEWS used EB-5 funds in the Bonaventure Regions Account and the Mirabia Regions Account to support their own and their family's lifestyle, including but not limited to the purchase of a property located at 105 Lower Church Hill Road, Washington Depot, Connecticut, in or around May 2014 and June 2014.

24.     In or around June 2014, R. MATTHEWS and others purchased a one hundred and fifty-one-foot yacht through a down payment made with EB-5 money and a loan as well as the use of companies that were controlled by R. MATTHEWS and others.

<u>Executions of the Wire Fraud Scheme</u>

25.     On or about the dates set forth in each count below, in the District of Connecticut and elsewhere, for the purpose of executing and attempting to execute the aforementioned scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises as described above, R. MATTHEWS and EVANS did knowingly transmit and cause to be transmitted, by means of wire communication in interstate and foreign commerce, certain writings, sings, signals an sounds, each wiring as set forth below constitution a separate count of this Indictment:

| Count | Date | Description of Use of Interstate Wires |
|-------|------|----------------------------------------|
| 1 | 2/1/14 | An email sent from R. MATTHEWS' email account in Florida to G. Matthews' email account in Connecticut forwarding login instructions to bid on the property at 115 Lower Church Hill Road. |
| 2 | 2/3/14 | A wire for $136,237.50 from the EVANS IOTA account in Florida to an account at Farmington Savings Bank in Connecticut for the purchase of 115 Lower Church Hill Road by NJL Development Group, LLC. |
| 3 | 2/5/14 | A wire in the amount of $8,592.40 of EB-5 money sent from the 160 Royal Palm Account in Florida to the MCP Savings account in Connecticut. |

| Count | Date | Description of Use of Interstate Wires |
|-------|------|----------------------------------------|
| 4 | 4/29/14 | An email sent from an account in the name of an individual with the initials M.P. in Connecticut to Laudano's email account in Florida with documents related to the purchase of 115 Lower Church Hill Road, which was purchased with EB-5 funds. |
| 5 | 6/30/14 | A check in the amount of $12,717.46, which caused the use of interstate wires in moving money from the 160 Royal Palm Account in Florida to the MCP Savings account in Connecticut. |
| 6 | 6/30/14 | A check in the amount of $10,837.86, which caused use of the interstate wires in moving money to move from the 160 Royal Palm Account in Florida to the MCP Savings account in Connecticut. |
| 7 | 10/20/14 | An email sent from the account of an individual working for R. MATTHEWS in Florida to G. Matthews' email account in Connecticut, blind copying R. MATTHEWS' email account and attaching a letter relieving Minority-Owner-1 of his position as Manager of Palm House, LLC. |
| 8 | 10/21/14 | An email sent from G. Matthews' email account in Connecticut to EVANS' email account, appointing EVANS as the managing member of Palm House LLC. |

All in violation of Title 18, United States Code, Section 1343.

<u>COUNT NINE</u>
(R. MATTHEWS and EVANS)
(Bank Fraud)

26.     Paragraphs 1 through 25 of this Indictment are reincorporated as if fully set forth herein.

Background on 115 Lower Church Hill Road

27.     R. MATTHEWS purchased two properties in or around January 2001 for $3,900,000: 115 Lower Church Hill Road and 101 Lower Church Hill Road, both in Washington Depot, Connecticut. These purchases were initially financed with a $2,000,000 mortgage and two lines of credit worth $400,000 and $375,000.

8

Case 3:18-cr-00048-VAB Document 39 Filed 08/29/18 Page 3 of 13

28.     On or about May 24, 2004, R. MATTHEWS refinanced 115 Lower Church Hill Road with Washington Mutual Bank for $3,600,000.   That loan was later assigned to JPMorgan Chase Bank NA ("JPMC"), a bank whose deposits were insured by the Federal Deposit Insurance Corporation.

29.     In or about September 2013, JPMC foreclosed on the loan and took ownership of 115 Lower Church Hill Road.   That property was then placed for foreclosure sale at auction by Ten-x d/b/a Auction.com (hereinafter "Auction.com").

The Bank Fraud Scheme

30.     Beginning in or about 2012 and continuing through in or about April 2016, in the District of Connecticut and elsewhere, R. MATTHEWS, EVANS, and others known and unknown to the Grand Jury, knowingly and with intent to defraud devised and intended to devise, and participated in, a scheme and artifice to defraud JPMC, a federally insured financial institution, and to obtain moneys, funds, credits, assets, and other property owned by or under the custody or control of JPMC, by means of materially false and fraudulent pretenses representations, and promises, and by means of omissions of material fact.

31.     The purpose of the bank fraud scheme was to deceive JPMC, which had foreclosed on R. MATTHEWS' property at 115 Lower Church Hill Road, into re-selling the property to R. MATTHEWS, through a straw purchaser, at a significant loss, thereby permitting R. MATTHEWS, M. MATTHEWS, and others to continue to live there and act as owners of the property.

## Manner and Means of the Bank Fraud Scheme

The manner and means by which R. MATTHEWS, EVANS, their co-conspirators, agents, and others known and unknown to the Grand Jury sought to accomplish and did accomplish the objects of the bank fraud scheme included, among others, the following:

32.     R. MATTHEWS, EVANS, their co-conspirators, agents and others entered into an arrangement among themselves and with Laudano whereby:

a.     Laudano would purchase out of foreclosure, through a shell company, the property at 115 Lower Church Hill Road from JPMC at a significant discount, using EB-5 money from R. MATTHEWS that R. MATTHEWS had diverted from the PHH project;

b.     R. MATTHEWS would continue to live at the property with his family and to act as owner of the property; and

c.     R. MATTHEWS, EVANS, and Laudano would conceal from JPMC the fact that Laudano was purchasing 115 Lower Church Hill Road with money provided by R. MATTHEWS and that R. MATTHEWS would control the property through Laudano, knowing that JPMC would not have sold the property to Laudano if they knew of the source of the funds and Laudano's relationship with R. MATTHEWS.

33.     On or about February 3, 2014, R. MATTHEWS, EVANS, Laudano, their co-conspirators, agents, and others established NJL Development Group, LLC in the state of Delaware under the control of Laudano, with the intent to use NJL Development Group, LLC as a shell company to conceal R. MATTHEWS' involvement and the source of funds in the purchase of 115 Lower Church Hill Road.

34.    In or around February 2014, R. MATTHEWS, EVANS, Laudano, their co-conspirators, agents, and others in fact arranged the purchase of 115 Lower Church Hill Road from JPMC through the straw entity NJL Development Group, LLC, which was controlled by Laudano, to conceal R. MATTHEWS' involvement in the transaction as well as the source of funds.

35.    In or around February 2014, Laudano executed a sales agreement with JPMC to purchase 115 Lower Church Hill Road.   On page 5 of the sales agreement under section 5(i), the parties to the sales contract agreed that JPMC had the right to terminate the agreement if the buyer (Laudano and NJL Development Group, LLC) was the former mortgagor (R. MATTHEWS) of the property whose interest was foreclosed/acquired by a deed-in-lieu of foreclosure, or is related to or affiliated in any way with the former mortgager, and the buyer has not disclosed this fact to the seller (JPMC) in writing prior to the seller's acceptance of the agreement.   Notwithstanding this provision, neither Laudano nor R MATTHEWS disclosed to JPMC their relationship or the source of the purchase funds.

36.    On or about February 3, 2014, R. MATTHEWS, EVANS, Laudano, their co-conspirators, agents and others sent and caused to be sent a letter from EVANS to Auction.com. In the letter, EVANS falsely and fraudulently represented to Auction.com that Laudano and his company NJL Development Group, LLC had provided $2,750,000.00 to EVANS, from which the down payment for the property at 115 Lower Church Hill Road would be drawn.   In fact, at no point did either Laudano or NJL Development Group, LLC provide $2,750,000.00 to EVANS. Instead, the down payment for the property came from comingled client funds in the EVANS IOTA Account.

37. On or about February 3, 2014, R. MATTHEWS, EVANS, their co-conspirators, agents and others wired and caused to be wired $136,237.50 from the EVANS IOTA Account in Florida to an account at Farmington Savings Bank in Connecticut for the down payment on the property at 115 Lower Church Hill Road.

38. On or about April 2, 2014, Laudano opened the NHCS First Bank Account.

39. On or about April 30, 2014, Laudano opened the NJL Development First Bank Account.

40. On or about April 29, 2014, R. MATTHEWS, EVANS, Laudano their co-conspirators, agents and others diverted $2,650,000 of EB-5 money (earmarked for the PHH) from the 160 Royal Palm Account to the NHCS First Bank Account.

41. On or about April 30, 2014, R. MATTHEWS, EVANS, Laudano, their co-conspirators, agents and others transferred, and caused the transfer of, $2,655,000 from the NHCS First Bank Account to the NJL Development First Bank Account.

42. On or about April 30, 2014, R. MATTHEWS, EVANS, Laudano, their co-conspirators, agents and others wired, and caused the wiring of, $2,601,646 from the NJL Development First Bank Account to a bank account in Connecticut to purchase the property at 115 Lower Church Hill Road.

All in violation of Title 18, United States Code, Sections 1344 and 2.

COUNT TEN
(R. MATTHEWS and EVANS)
(Conspiracy to Commit Wire Fraud and Bank Fraud)

43. Paragraphs 1 through 42 of this Indictment are reincorporated as if fully set forth herein.

44. Beginning in or about 2012 through in or about January 2018, in the District of Connecticut and elsewhere, R. MATTHEWS and EVANS, together with others known and unknown to the Grand Jury, did knowingly combine, conspire, confederate, and agree together and with each other, to commit offenses against the United States as follows:

a. to devise and intend to devise a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises and for the purpose of executing and attempting to execute the scheme and artifice to knowingly transmit, and cause to be transmitted, by means of wire communication in interstate and foreign commerce, certain writings, signs, signals and sounds, in violation of Title 18, United States Code, Section 1343; and

b. to devise and intend to devise a scheme and artifice to defraud JPMC, a federally insured financial institution, and to obtain money, funds, credits, assets, and other property owned by and under the custody and control of JPMC, by means of materially false and fraudulent, pretenses, representations, and promises, in violation of Title 18, United States Code Sections 1344(1) and (2).

All in violation of Title 18, United States Code, Section 1349.

## COUNTS ELEVEN THROUGH SIXTEEN
### (R. MATTHEWS and EVANS)
(Illegal Monetary Transactions Using Wire Fraud Proceeds)

45.     Paragraphs 1 through 44 of this Indictment are reincorporated as if fully set forth herein.

46.     On or about the dates set forth in each count below, in the District of Connecticut and elsewhere, the defendant named in each count did knowingly engage, and aided and abetted and caused others to engage, in monetary transactions in criminally derived property of a value greater than $10,000 involving financial institutions that are engaged in, and the activities of which affect, interstate commerce, such property having been derived from a specified unlawful activity—namely wire fraud in violation of Title 18, United States Code, Section 1343—as follows:

| Count | Date | Defendant Charged | Charged Monetary Transaction | Origin of Funds |
|---|---|---|---|---|
| 11 | 1/8/14 | R. MATTHEWS | A $25,000 wire from the NHCS Regions Account to G. Matthews' MCP Savings account. | A transfer of $50,000 of EB-5 money from the 160 Royal Palm Account into the NHCS Regions Account on or about January 7, 2014. |
| 12 | 4/30/14 | R. MATTHEWS and EVANS | A $2,601,646.32 wire from the NJL Development First Bank Account to an account at Webster Bank in Connecticut. | A wire of $2,650,000 of EB-5 money from the 160 Royal Palm Account to the NHCS First Bank Account on or about April 29, 2014, and then a subsequent transfer of $2,655,000 from the NHCS First Bank Account to the NJL Development First Bank Account on or about April 30, 2014. |
| 13 | 5/2/14 | R. MATTHEWS | A $50,000 wire from NJL Development-1 Account to G. Matthews' MCP Savings account. | |

Case 3:18-cr-00048-VAB Document 59 Filed 08/29/16 Page 15 of 19

| Count | Date | Defendant Charged | Charged Monetary Transaction | Origin of Funds |
|---|---|---|---|---|
| 14 | 5/27/14 | R. MATTHEWS | A $100,000 wire from the Bonaventure Regions Account to a Webster Bank account in Woodbury, Connecticut for the purchase of the property at 105 Lower Church Hill Road, Washington Depot, Connecticut. | A transfer of $1,100,000 of EB-5 money from the 160 Royal Palm Account to the Bonaventure Regions Account on or about May 27, 2014. |
| 15 | 6/23/14 | R. MATTHEWS | A $454,715.53 wire from the Bonaventure Regions Account to a Webster Bank account in Woodbury, Connecticut for the purchase of the property at 105 Lower Church Hill Road, Washington Depot, Connecticut. | |
| 16 | 6/23/14 | R. MATTHEWS | A $300,000 wire from the Bonaventure Regions Account to G. Matthews' MCP Savings account. | |

All in violation of Title 18, United States Code, Sections 1957 and 2.

<u>COUNTS SEVENTEEN THROUGH TWENTY</u>
(R. MATTHEWS)
(Illegal Monetary Transactions Using Bank Fraud Proceeds)

47.     Paragraphs 1 through 46 of this Indictment are reincorporated as if fully set forth herein.

48.     In or about November 2014, several months following the purchase of 115 Lower Church Hill Road from JPMC through straw buyer NJL Development Group, LLC, R.

15

Case 3:18-cr-00048-VAB Document 59 Filed 08/29/18 Page 16 of 19

MATTHEWS, his co-conspirators, agents, and others took out a loan secured by 115 Lower Church Hill Road from an individual with the initials K.M.

49.     On or about November 23 and 24, 2014, the loan proceeds were transferred from an account at Webster Bank, which is a federally insured financial institution in Connecticut, to various accounts controlled by Laudano, and then to several other accounts, all at the direction of R. MATTHEWS, Laudano and other co-conspirators.

<u>Transactions in Criminally Derived Proceeds</u>

50.     On or about the dates set forth in each count below, R. MATTHEWS did knowingly engage, and aided and abetted and caused others to engage, in monetary transactions in criminally derived property of a value greater than $10,000 involving financial institutions that are engaged in, and the activities of which affect, interstate commerce, such property having been derived from a specified unlawful activity—namely bank fraud in violation of Title 18, United States Code, Section 1344—as follows:

| Count | Date | Monetary Transaction | Origin of Funds |
|---|---|---|---|
| 17 | 11/24/14 | A $140,000 wire from an account at Webster Bank in Connecticut to the NHCS First Bank Account. | Proceeds from the loan secured by 115 Lower Church Hill Road ("loan proceeds"). |
| 18 | 11/24/14 | A $1,034,712.91 wire from an account at Webster Bank in Connecticut to the NJL Development Wells Fargo Account. | |
| 19 | 11/28/14 | A $100,000 wire from the Mirabia Regions Account to an account at TD Bank located in Connecticut. | A November 25, 2014 wire of $825,000 in loan proceeds into the Mirabia Regions Account. |
| 20 | 11/28/14 | A $211,864.58 wire from the Mirabia Regions Account to an account at TD Bank located in Connecticut. | |

All in violation of Title 18, United States Code, Sections 1957 and 2.

16

COUNT TWENTY-ONE
(R. MATTHEWS and M. MATTHEWS)
(Tax Evasion)

51.     Paragraphs 1 through 50 are reincorporated as if fully set forth herein.

52.     On May 16, 2014, Mirabia LLC was formed as a limited liability company under the laws of the State of Delaware ("Mirabia Delaware"). Mirabia Delaware was formed at the direction of R. MATTHEWS with one member, with initials "J.Y." J.Y. worked as R. MATTHEWS' assistant. The same day, again at R. MATTHEWS' direction, J.Y. executed a transfer of Mirabia Delaware to M. MATTHEWS, who then became its sole member. Mirabia Delaware was controlled by R. MATTHEWS and M. MATTHEWS.

53.     From in or about 2009 through in or about March 2017, in the District of Connecticut and elsewhere, R. MATTHEWS and M. MATTHEWS willfully attempted to evade and defeat the payment of income tax due and owing by them to the United States of America, for the calendar years 2005 and 2007, and aided and abetted each other to do the same, by committing the following affirmative acts, among others:

a.     From in or about 2012 through in or about 2016, R. MATTHEWS and G. Matthews used the MCP Savings Account to pay R. MATTHEWS' and M. MATTHEWS' personal expenses.

b.     In or about October 2013 and May 2014, R. MATTHEWS used EB-5 investor funds that did not pass through an account in his name to pay back a personal loan he owed to an individual with the initials L.M.

Case 3:18-cr-00048-VAB Document 59 Filed 08/29/18 Page 18 of 19

c.      From in or about February 2014 through in or about April 2014, R. MATTHEWS, EVANS and others conspired to purchase 115 Lower Church Hill Road out of foreclosure through the use of NJL Development Group, LLC.

d.      From in or about December 2013 through in or about March 2014, R. MATTHEWS used funds from the EVANS IOTA Account to make mortgage and tax payments associated with his personal residence in Palm Beach, Florida.

e.      In or around May and June 2014, R. MATTHEWS and M. MATTHEWS purchased a property located at 105 Lower Church Hill Road, Washington Depot, Connecticut, in the name of Mirabia Delaware.

f.      In or around November 2014, R. MATTHEWS and M. MATTHEWS executed documents to obtain a loan secured by 115 Lower Church Hill Road from an individual with the initials K.M.   The proceeds of the loan were disbursed into the Mirabia Regions Account where they were used for personal expenses of R. MATTHEWS and M. MATTHEWS.

g.      In or around March 2015, R. MATTHEWS and M. MATTHEWS executed documents to obtain a loan secured by 105 Lower Church Hill Road, Washington Depot, Connecticut from Highland Financial Associates in Connecticut.   The proceeds of the loan were disbursed into the Mirabia Regions Account where they were used for personal expenses of R. MATTHEWS and M. MATTHEWS.

h.      On or about August 23, 2016, R. MATTHEWS and M. MATTHEWS received notice from the IRS that a failure to pay their delinquent income tax liabilities by September 2, 2016, would result in the seizure of all of their assets.   On or about

18

September 2, 2016, R. MATTHEWS sold a Mercedes for $82,000 and, after paying off a

lien, cause the proceeds of the sale to be wired into the EVANS IOTA Account.

All in violation of Title 26, United States Code, Section 7201, and Title 18, United States

Code, Section 2.

A TRUE BILL

/s/
_____
FOREPERSON

UNITED STATES OF AMERICA

JOHN H. DURHAM
UNITED STATES ATTORNEY

JOHN T. PIERPONT, JR.
ASSISTANT U.S. ATTORNEY

DAVID E. NOVICK
ASSISTANT U.S. ATTORNEY

19